United States District Court
Southern District of Texas
FILED

APR 2 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B 03 - 0 7 8 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Admiralty/ F.R.C.P. 9(h) |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

DEFENDANT NECHES-GULF SHIP SERVICES, INC.'S
NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COMES NOW, Neches-Gulf Ship Services, Inc. ("Defendant Neches-Gulf"), Defendant

herein, pursuant to 28 U.S.C. §1441 et seq. and gives notice of removal of this cause to the

United States District Court for the Southern District of Texas, Brownsville Division, from the

138th Judicial District Court of Cameron County, Texas. In support thereof, Defendant Neches-

Gulf would respectfully show unto the Court as follows:

I.

Plaintiff's Original Petition was filed on March 21, 2003. Service of citation was first

had on Defendant Neches-Gulf on or about March 31, 2003. Defendant Neches-Gulf filed its

Original Answer on or about April 17, 2003. Defendant Neches-Gulf has filed this notice within

the 30-day time period required by 28 U.S.C. §1446(b).

1

This suit is currently pending under Cause No. 2003-03-1591-B, in the 138th Judicial District Court of Cameron County, Texas. All pleadings, process, orders and all other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a).

II.

Removal is proper because the facts pled by Plaintiff confer jurisdiction upon this Court under 28 U.S.C. § 1331, as this Court has federal-question jurisdiction over this cause. Plaintiff alleges to have been injured at an Outer Continental Shelf situs while he was offloading equipment from a stationary platform in the Gulf of Mexico. Upon information and belief, Defendant Neches-Gulf alleges that Plaintiff's alleged accident occurred at a position on the Outer Continental Shelf in connection with operations involving exploration, development, or production of minerals of the subsoil and seabed of the Outer Continental Shelf. Therefore, the jurisdiction of this Court is invoked pursuant to the following:

(1)    Article III, Section 2 of the United States Constitution ("all cases of admiralty and maritime jurisdiction");

(2)    28 U.S.C. § 1333(1) ("any civil case of admiralty and maritime jurisdiction");

(3)    43 U.S.C. § 1349(b)(1) ("of cases and controversies arising out of, or in connection with any operation conducted on the Outer Continental Shelf which involves exploration, development, or production of the minerals, of the subsoil and seabed of the Outer Continental Shelf"); and

(4)    28 U.S.C. § 1367 ("supplemental jurisdiction").

III.

Plaintiff has been served with summons pursuant to the removal of this case to federal court with all pleadings, process, orders and all other filings in the state court action being

attached to this notice as required by 28 U.S.C. §1446(a). All other Defendants who have been served with summons consent to the removal of this case to federal court. *See* Exhibit 1.

IV.

Removal in this District Court is proper under 28 U.S.C. §1441(a), because this district and division embrace the place in which the removed action has been pending. Defendant Neches-Gulf reserves the right to request transfer of venue in other U.S. District Courts based on the improper venue of the state court action filed by Plaintiff in Cameron County, Texas. Defendant Neches-Gulf will file promptly a copy of this Notice of Removal with the Clerk of the state court in which the action has been pending.

V.

Plaintiff has made demand for a jury in the state court action.

VI.

WHEREFORE, PREMISES CONSIDERED, Defendant Neches-Gulf Ship Services, Inc. prays that the above numbered and styled cause of action be removed from the 138th Judicial District Court of Cameron County, Texas, to the Southern District of Texas, Brownsville Division, and for all such other and further relief to which Defendant Neches-Gulf Ship Services, Inc. may show itself to be justly entitled.

**[Signature Page Follows]**

Respectfully submitted,

THE KLEBERG LAW FIRM, P.C.

By: _____

Frank L. McNiff, Jr.
State Bar No. 13839020
Federal ID No. 12595
Dabney Welsh Pettus
State Bar No. 24033443
Federal ID No. 29959
800 North Shoreline Boulevard
Suite 900, North Tower
Corpus Christi, Texas  78401
Telephone:    (361) 693-8500
Facsimile:    (361) 693-8600

**ATTORNEYS FOR DEFENDANT
NECHES-GULF SHIP SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was sent by United States certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, to all attorneys of record, this _____ day of April, 2003:

Jack G. Carinhas, Jr.
The Law Offices of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas  78521
**Attorneys for Plaintiff**

Gerald J. Kimmitt, Jr.
Legge, Farrow, Kimmitt, & McGrath, L.L.P.
6363 Woodway Drive, Suite 400
Houston, Texas  77057
**Attorneys for Defendant
Pioneer Natural Resources USA, Inc.**

_____
Frank L. McNiff, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JOSE LUIS AGUIRRE** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **PIONEER NATURAL RESOURCES** | § | **Admiralty/ F.R.C.P. 9(h)** |
| **USA, INC. and NECHES-GULF SHIP** | § | |
| **SERVICES, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## <u>INDEX OF MATTERS BEING FILED</u>

1.   Letter of Consent to Removal Signed by Counsel for Pioneer Natural Resources USA, Inc.

2.   Executed Process on Pioneer Natural Resources USA, Inc.

3.   Executed Process on Neches-Gulf Ship Services, Inc.

4.   Plaintiff's Original Petition

5.   Defendant Neches-Gulf Ship Services, Inc.'s Original Answer, Subject to Motion to Transfer Venue

6.   Defendant Pioneer Natural Resources USA, Inc.'s Original Answer

7.   Defendant Pioneer Natural Resources USA, Inc.'s Motion to Transfer Venue

8.   State Court Civil Docket Sheet

9.   Notice of Filing of Removal

10.  List of All Counsel of Record

175539

SENT BY:KLEBERG LAW FIRM   : 4-24- 3 ; 16:18 ;   KLEBERG LAW FIRM→   Legge,Farrow;# 2/ 8

THE KLEBERG LAW FIRM

Established 1849

A Professional Corporation

| San Antonio Office | Corpus Christi Office | Houston Office |
|---|---|---|
| Suite 1300 | Suite 900, North Tower | Suite 400 |
| 112 East Pecan Street | 800 North Shoreline Boulevard | 1800 Bering Drive |
| San Antonio, Texas 78205-1536 | Corpus Christi, Texas 78401-3709 | Houston, Texas 77057 |
| (210) 227-8800 | (361) 693-8500 | (713) 532-1053 |

Facsimile: (361) 693-8600

Frank L. McNiff, Jr.
Direct Dial (361) 693-8665
E-Mail: fmcniff@kleberg.com

April 24, 2003

Mr. Gerard J. Kimmitt, II                    *Via Fax: 713-953-9470*
Legge, Farrow, Kimmitt, McGrath
 & Brown, L.L.P.
6363 Woodway, Suite 400
Houston, Texas 77057

   RE: Cause No. 2003-03-001591-B;
     *Jose Luis Aguirre vs. Pioneer Natural Resources*
     *USA, Inc. and Neches-Gulf Ship Services, Inc.*
     In the 138th District Court of Cameron County, Texas
     Kleberg Ref: 14961.4

Dear Mr. Kimmitt:

   As required by the Federal Rules of Civil Procedure, we request your client's consent to file a removal action of the above matter to U.S. District Court in Brownsville, Texas.

   Attached is a copy of the Notice of Removal and request that you review and if your client consents, please indicate in the space below or by separate letter.

   We would like to file the Notice of Removal by April 28, 2003, and look forward to your questions in this regard.

      Very truly yours,

      THE KLEBERG LAW FIRM

      Frank L. McNiff, Jr.

FLM/ps
175757

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2003-03-001591-B

**ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: PIONEER NATURAL RESOURCES USA INC
SERVING ITS REGISTERED AGENT
C.T. CORPORATION SYSTEM
350 N. ST. PAUL STREET
DALLAS, TEXAS 75201

The ____ DEFENDANT ____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said ____ PETITION ____ was filed on  MARCH 21, 2003 __. A copy of same accompanies this citation.

The file number of said suit being No. 2003-03-001591-B.

The style of the case is:

JOSE LUIS AGUIRRE
VS.
PIONEER NATURAL RESOURCES USA INC.

Said petition was filed in said court by ____ HON. JACK G. CARINHAS, JR. ____
(Attorney for ____ PLAINTIFF ____ ), whose address is
302 KINGS HIGHWAY, SUITE 109   BROWNSVILLE TX  78520

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 26th day of __ MARCH __, A.D. 2003.

AURORA DE LA GARZA ____ , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas

_____ , Deputy

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. |
| Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. |
| NAME OF PREPARER  TITLE |
| ADDRESS |
| CITY  STATE  ZIP |

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 26th of MARCH 2003, I mailed to PIONEER NATURAL RESOURCES USA INC by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. 95818096
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA, District Clerk
Cameron County, Texas

By Jessica Alvarez, Deputy

DISTRICT COURT CAMERON COUNTY, TEXAS

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
PIONEER NATURAL RESOURCES USA INC
SERVING ITS REGISTERED AGENT
C.T. CORPORATION SYSTEM
350 N. ST. PAUL STREET
DALLAS, TEXAS 75201

COMPLETE THIS SECTION ON DELIVERY

A. Signature X APR 01 2003 ☐ Agent ☐ Addressee
B. Received by (Printed Name) CT CORPORATION C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below ☐ No
APR 01 2003
CT CORPORATION

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7002 2410 0000 9581 8096

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1035

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7002 2410 0000 9581 8096

Sent To: PIONEER NATURAL RESOURCES USA INC.
Street, Apt. No.; or PO Box No. 350 N. ST. PAUL STREET
City, State, ZIP+4 DALLAS, TEXAS 75201

PS Form 3800, June 2002 See Reverse for Instructions

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.003.01

No. 2003-03-001591-B

THE  STATE  OF  TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney. If
you or your attorney do not file a written answer with the clerk who issued this
citation by 10:00 a.m. on the Monday next following the expiration of twenty
days after you were served this citation and petition, a default judgment may be
taken against you.

TO: NECHES-GULF SHIP SERVICES, INC.
    SERVING ITS REGISTERED AGENT
    CARL A. SANDERS
    5500 SOUTH FIRST AVENUE
    SABINE PASS, TEXAS 77655

the ____ DEFENDANT ____, GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20
days after the date of service of this citation before the Honorable District
Court 138th Judicial District of Cameron County, Texas at the Courthouse of said
county in Brownsville, Texas.  Said ____ PETITION ____ was filed on
__ MARCH 21, 2003 __.  A copy of same accompanies this citation.

The file number of said suit being No. 2003-03-001591-B.

The style of the case is:

JOSE LUIS AGUIRRE
VS.
PIONEER NATURAL RESOURCES USA INC.

Said petition was filed in said court by ____ HON. JACK G. CARINHAS, JR.
(Attorney for ____ PLAINTIFF ____ ), whose address is
102 KINGS HIGHWAY, SUITE 109   BROWNSVILLE TX  78520 ____.

    The nature of the demand is fully shown by a true and correct copy of the
Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to
requirements of law, and the mandates thereof, and make due return as the law
directs.

    Issued and given under my hand and seal of said Court at Brownsville,
Texas, this the 26th day of __ MARCH __, A.D. 2003.

                        AURORA DE LA GARZA ____, DISTRICT CLERK
                        Cameron County, Texas
                        974 E. Harrison St.
                        Brownsville, Texas 78521

                        By: _____, Deputy

CERTIFICATE OF DELIVERY OF MAIL

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | |
|---|---|

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

I hereby certify that on the 26th of

MARCH    2003, I mailed to

NECHES-GULF SHIP SERVICES, INC.

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.    95818102
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

| NAME OF PREPARER | TITLE |
|---|---|

| ADDRESS | |
|---|---|

| CITY | STATE | ZIP |
|---|---|---|

AURORA DE LA GARZA    , District Clerk
Cameron County, Texas

_Jessica Olivia_    , Deputy

---

**U.S. Postal Service™**
**CERTIFIED MAIL₀ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₀

Postage    $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees    $

Sent To
NECHES-GULF SHIP SERVICES, INC.
Street, Apt No;
or PO Box No. 5500 SOUTH FIRST AVE.
City, State, ZIP+4 SABINE PASS, TEXAS 77655

PS Form 3800, June 2002    See Reverse for Instructions

7002 2410 0000 9581 8102

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
NECHES-GULF SHIP SERVICES, INC.
SERVING ITS REGISTERED AGENT
CARL A. SANDERS
5500 SOUTH FIRST AVENUE
SABINE PASS, TEXAS 776555

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                □ Agent
                                □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                3-31-03

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☒ Certified Mail    □ Express Mail
   □ Registered        ☒ Return Receipt for Merchandise
   □ Insured Mail       □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)    7002 2410 0000 9581 8102

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1635

CAUSE NO. _2003-03-1591-B_

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | 138th JUDICIAL |
| | § | |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | § | |
| Defendant. | § | CAMERON COUNTY, TEXAS |

FILED _1:52_ O'CLOCK _P_M
AURORA DE LA GARZA DIST. CLERK
MAR 2 1 2003
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **Jose Luis Aguirre**, (hereinafter called Plaintiff), complaining of **Pioneer Natural Resources USA, Inc.** (hereinafter identified by name or as "Defendant-Pioneer"), and **Neches-Gulf Ship Services, Inc.** (hereinafter identified by name or as "Defendant-Neches"), and for his Original Petition, would respectfully show unto the Court as follows:

**1.**
**Discovery Control Plan Level**

Plaintiff intends that discovery be conducted under Discovery Level 2.

**2.**
**Jury Request**

Plaintiff hereby demands trial by jury. The jury fee has been paid.

**3.**
**Parties and Service**

3.01   Plaintiff Jose Luis Aguirre is an individual residing in Port Isabel, Cameron County, Texas.

3.02   Defendant Pioneer Natural Resources USA, Inc. is a Delaware corporation which has been authorized to do business in the State of Texas and

may be served by and through its registered agent: C.T. Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

3.03   Defendant Neches-Gulf Ship Services, Inc. is a Texas corporation and may be served by and through its registered agent: Carl A. Sanders, 5500 South First Avenue, Sabine Pass, Texas 77655.

### 4.
### Jurisdiction and Venue

4.01   The subject matter in controversy is within the jurisdictional limits of this Court.

4.02   This Court has jurisdiction over the parties because Defendants are corporations authorized to do business in Texas or incorporated in Texas.

4.04   Venue in Cameron County is proper in this cause because Plaintiff is a United States citizen residing in Cameron County, Texas, and Defendants are either corporations authorized to do business in the State of Texas or incorporated in Texas. The incident made the basis of this lawsuit occurred at a site in the Gulf of Mexico within the jurisdiction of the State of Texas.

### 5.
### Underlying Facts

5.01   On or about April 23, 2001, Plaintiff was employed by Sunland Construction as a sandblaster/painter aboard the offshore drilling platform MI-624 (hereinafter, the "platform").

5.02   On such date, through the negligence of the Defendants, their agents, servants, employees, or representatives, Plaintiff suffered painful and disabling injuries to his face, right eye, back, pelvic region and body generally.

5.03   Such injuries occurred under the following circumstances:  Plaintiff and a co-worker were transferred by Defendant-Pioneer's crane operator to the deck of Defendant-Neches' awaiting supply boat, the O/S/V *San Jacinto* (hereinafter the "vessel"), so that Plaintiff and his co-worker could assist in

APR 01 '03 16:14 FR AON RISK CLAIMS-MARINE TO 9713PTX8D 6504/28/20036 P.06/08

Case 1:03-cv-00078   Document 1   Filed in TXSD on 04/28/2003   Page 13 of 32

11:05 MAR 31, 2003  ID: AON R(   SERVICES   TEL NO: 832-476-6510  (   *87362 PAGE: 5/7
03/31/03      11:15      NECHES    : MARINE → AON RISK SERVICES                NO.361   P05

offloading equipment from the platform to the vessel. In the course of unloading a large piece of equipment, Plaintiff's co-worker was struck by the equipment which pinned him against the bulwarks of the vessel. Subsequently, in attempting to free his co-worker and move the equipment, Plaintiff was struck in the face, right eye and shoulder when the equipment suddenly shifted and surged forward, resulting in injuries to his face, back and pelvic region.

**6.**
## Plaintiff's Claim of Negligence Against
### Defendants Pioneer and Neches

6.01   Defendants Pioneer and Neches had a duty to exercise the degree of care that a person of ordinary care and prudence would use to avoid harm to persons situated such as Plaintiff under circumstances similar to those described in Paragraph 6 above.

6.02   Plaintiff's injuries were proximately caused by Defendants Pioneer and Neches' negligent, careless and reckless disregard of said duty.

6.03   The negligence, carelessness and reckless disregard of duty of Defendants Pioneer and Neches consisted of, but is not limited to, the following acts and omissions:

A.   Defendants' decision to conduct cargo/equipment transfer operations at a time and under condition that were unsafe or otherwise inappropriate (e.g. rough seas, high winds, etc.);

B.   A lack of communication procedures and/or equipment between those involved in the relevant operations(i.e., there was no radio communication between the crane operator and his platform signalman--if any--and there was no radio communication between the crane operator and anyone aboard the vessel);

C.   Defendants' failure to properly load the deck of the vessel (i.e., the order in which the equipment was offloaded from the platform, and the placement of equipment aboard the vessel, restricted the visibility of those involved in the relevant operation);

D. The failure of the vessel crew, including her master, to adequately stabilize the vessel;

E. In general, Defendant Neches' failure to otherwise properly man and operate the vessel;

F. The failure of the crane operator to lower the relevant load without swinging it;

G. In general, Defendant Pioneer's failure to otherwise properly man and operate the platform crane and such other equipment/positions as were involved in the relevant operation;

H. Defendants' failure to adequately supervise Plaintiff in the course of the operation in question; and

I. In general, failing to provide Plaintiff with a reasonably safe workplace.

## 7.

### Damages for Plaintiff Jose Luis Aguirre

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Jose Luis Aguirre was caused to suffer painful injuries and permanent disability, and to incur the following damages:

A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the occurrence complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

B. Reasonable and necessary medical care and expenses which will, in reasonable probability, be incurred in the future;

C. Physical pain and suffering in the past and which in reasonable probability will be suffered in the future;

D. Mental anguish and suffering in the past and which in reasonable probability will be suffered in the future;

APR 01 '03 16:15 FR AON CLAIMS-MARINE    713 430 6582 10 913615938600    P.08/08
11:06 MAR 31, 2003  ID: AON RISK SERVICES    TEL NO: 6325476510    #3621 PAGE 32
03/31/03    11:15    NECHES   F MARINE → AON RISK SERVICES    NO.361    D07

Case 1:03-cv-00078   Document 1   Filed in TXSD on 04/28/2003   Page 15 of 32

E.  Physical impairment in the past and which in reasonable probability will be suffered in the future;

F.  Disfigurement in the past and which in reasonable probability will be suffered in the future;

G.  Loss of earnings in the past; and

H.  Loss of future earning capacity.

## PRAYER

WHEREFORE, premises considered, Plaintiff, Jose Luis Aguirre, respectfully prays that the Defendants Pioneer and Neches be cited to appear and answer herein, and that upon a final hearing of this cause, judgment be entered for the Plaintiff against said Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest from the date of injury through the date of judgment at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be justly entitled at law or in equity.

Respectfully submitted,

**The Law Office of**
**Jack G. Carinhas, Jr.**
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel.  956/542-9161
Fax.  956/542-3651

By: _____
Jack G. Carinhas, Jr.
Texas Bar No. 03795000

ATTORNEY FOR PLAINTIFF

Citation for Personal Service  - BY CERTIFIED MAIL   Lit. Seq. # 5.003.01

No. 2003-03-001591-B

**COPY**

THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: NECHES-GULF SHIP SERVICES, INC.
    SERVING ITS REGISTERED AGENT
    CARL A. SANDERS
    5500 SOUTH FIRST AVENUE
    SABINE PASS, TEXAS 77655

the    DEFENDANT   , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said    PETITION    was filed on MARCH 21, 2003  . A copy of same accompanies this citation.

The file number of said suit being No. 2003-03-001591-B.

The style of the case is:

JOSE LUIS AGUIRRE
VS.
PIONEER NATURAL RESOURCES USA INC.

Said petition was filed in said court by    HON. JACK G. CARINHAS, JR.
(Attorney for    PLAINTIFF    ), whose address is
302 KINGS HIGHWAY, SUITE 109   BROWNSVILLE TX  78520

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 26th day of   MARCH  , A.D. 3003.

AURORA DE LA GARZA    , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By:_____, Deputy

FILED _____ o'clock ___ A __ M
AURORA DE LA GARZA DIST. CLERK

APR 17 2003

DISTRICT COURT OF CAMERON COUNTY, TEXAS
Kay Lopez Jr. DEPUTY

CAUSE NO. 2003-03-1591-B

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 138th JUDICIAL DISTRICT |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendants. | § | CAMERON COUNTY, TEXAS |

## ORIGINAL ANSWER OF
## DEFENDANT NECHES-GULF SHIP SERVICES, INC.,
## SUBJECT TO MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Neches-Gulf Ship Services, Inc., and in response to Plaintiff's Original Petition, reserving the right to file other and further exceptions, denials and affirmative defenses, files this its Original Answer, Subject to its Motion to Transfer Venue. In support thereof, Defendant would respectfully show unto the Court as follows:

### I. MOTION TO TRANSFER VENUE

1.      Defendant hereby asserts that venue of the instant lawsuit is not proper in Cameron County, Texas, as the county of Plaintiff's residence and specifically denies Plaintiff's venue facts as Defendants do not have a principal place of business in Cameron County. Under the Texas general permissive venue rules, venue of the instant lawsuit should be transferred to Jefferson County, Texas, pursuant to Texas Civil Practice & Remedies Code § 15.002(a)(3). Defendant has its principal place of business at 5500 South 1st Avenue, Sabine Pass, Texas, 77655, located in Jefferson County, Texas.

175086

2.     In the alternative, Defendant requests that venue of the instant lawsuit be transferred to Dallas County, Texas, pursuant to Texas Civil Practice & Remedies Code § 15.002(a)(3).   Defendant Pioneer Natural Resources USA, Inc. has its principal place of business at 5205 North O'Connor Blvd., Suite 1400, Irving, Texas, 75039-3745, located in Dallas County, Texas.

## II.  ORIGINAL ANSWER

### A.  General Denial

3.     Pursuant to Rule 92, Texas Rules of Civil Procedure, Defendant generally denies the allegations in Plaintiff's Original Petition and demands strict proof thereof by a preponderance of the evidence.

### B.  Affirmative Defenses

4.     Defendant alleges the Plaintiff's damages, if any, were caused in whole or part by the negligence of a third party for which this Defendant is not legally responsible.

5.     Defendant alleges that the incident made the basis of this suit and the Plaintiff's damages, if any, were caused in whole in part by the negligence of Plaintiff.

6.     Defendant alleges that the Plaintiff's damages, if any, were caused by an Act of God.

7.     Defendant alleges that the Plaintiff's damages, if any, were caused by an unavoidable accident.

8.     In the alternative, and without admitting liability, Defendant would show that in the event that it or the M/V SAN JACINTO should be responsible to Plaintiff in this matter, Defendant claims the benefit of limitation of liability provided by 46 U.S.C. § 181, et. seq., and any and all laws supplemental thereto.  All losses, damages, and injuries resulting from the

alleged incident to the Plaintiff were done, occasioned, or incurred without the privity or knowledge of Defendant, and without the privity or knowledge, at or prior to the commencement of the voyage upon which the M/V SAN JACINTO was engaged, of Defendant's superintendents or managing agents.

### III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Neches-Gulf Ship Services, Inc. respectfully requests that its Motion to Transfer Venue be granted, and requests that this Court transfer venue of the instant lawsuit to Jefferson County, Texas, or in the alternative, to Dallas County, Texas. Defendant Neches-Gulf Ship Services, Inc. also respectfully requests that Plaintiff, Jose Luis Aguirre, takes nothing by his Original Petition, that Defendant Neches-Gulf Ship Services, Inc. recover its costs, and that Defendant Neches-Gulf Ship Services, Inc. is granted such other and further relief to which it may show itself to be justly entitled.

Respectfully submitted,

THE KLEBERG LAW FIRM, P.C.
800 North Shoreline Blvd.
Suite 900, North Tower
Corpus Christi, Texas 78401
(361) 693-8500 – Telephone
(361) 693-8600 – Telefax

By: _____
Frank L. McNiff, Jr.
State Bar No. 13839020
Dabney Welsh Pettus
State Bar No. 24033443

**ATTORNEYS FOR DEFENDANT
NECHES-GULF SHIP SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to the attorney of record listed below, in accordance with the Texas Rules of Civil Procedure, on this the 16th day of April, 2003.

Jack G. Carinhas, Jr.
THE LAW OFFICES OF JACK G. CARINHAS, JR.
302 Kings Highway, Suite 109
Brownsville, Texas  78521
**Attorneys for Plaintiff**


_____

Frank L. McNiff, Jr.

175086                                    4

RECEIVED
CLERK OF DISTRICT COURT

APR 17 2003

CAMERON COUNTY
BROWNSVILLE, TEXAS

CAUSE NO. 2003-03-1591-B

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 138th JUDICIAL DISTRICT |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendants. | § | CAMERON COUNTY, TEXAS |

ORDER GRANTING DEFENDANT NECHES-GULF SHIP SERVICES, INC.'S
MOTION TO TRANSFER VENUE

On this day came to be heard Defendant Neches-Gulf Ship Services, Inc.'s Motion to Transfer Venue. After considering Defendant Neches-Gulf Ship Services, Inc.'s Motion to Transfer Venue, and all other evidence on file, and after a hearing, the court:

FINDS that venue for the instant lawsuit is improper in Cameron County, Texas, and therefore, the court GRANTS Defendant Neches-Gulf Ship Services, Inc.'s Motion to Transfer Venue. Furthermore:

_____    The Court ORDERS that the instant lawsuit be transferred to Jefferson County, Texas.

_____    The Court ORDERS that the instant lawsuit be transferred to Dallas County, Texas.

SIGNED and ENTERED on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING

CAUSE NO. 2003-03-1591-B

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | OF CAMERON COUNTY, TEXAS |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. and NECHES- GULF SHIP | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendant. | § | 138TH JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER TO
## PLAINTIFF'S ORIGINAL PETITION SUBJECT
## TO MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PIONEER NATURAL RESOURCES USA, INC. and NECHES-GULF SHIP SERVICES, INC., ("Poineer"). hereinafter referred to as Defendant, and files, subject to the Motion to Transfer Venue filed on even date, its Original Answer to Plaintiff's Original Petition and respectfully shows unto the Court as follows:

### FIRST DEFENSE

Defendant generally denies, pursuant to Rule 92, Texas Rules of Civil Procedure, all the allegations contained in Plaintiffs' Original Petition and demands strict proof thereof.

## SECOND DEFENSE

Subject to and without waiving the foregoing motion to transfer venue, the Defendant would further aver that the accident made the basis of this suit was the fault of another party over whom this Defendant exercised no control.

## THIRD DEFENSE

Subject to and without waiving the foregoing motion to transfer venue this Defendant would further aver that the accident made the basis of this suit was caused in whole or in part by the negligent and improper actions of plaintiff.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that upon final hearing, judgment be rendered for the Defendant and against the Plaintiffs, and the case be dismissed with prejudice, costs to be taxed against the Plaintiffs, and for such other and further relief as Defendant may show itself justly entitled to receive.

Respectfully submitted,

LEGGE, FARROW, KIMMITT & MCGRATH, L.L.P.

Gerard J. Kimmitt, II
TBN: 11427500
6363 Woodway, Suite 400
Houston, TX 77057
Phone: (713) 917-0888
Fax: (713) 953-9470

ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Transfer Venue was mailed, certified mail, return receipt requested on this _17th_ day of April, 2003, as follows:

The Law Office of Jack G. Carinhas, Jr.        *Via Facsimile No. (956) 542-9161*
302 Kings Highway, Suite 109
Brownsville, Texas  78521


Gerard J. Kimmitt, II

F:\APPS\DATA\Pioneer\001-051\Pleading\001-051 - Answer

3

CAUSE NO. 2003-03-1591-B

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | OF CAMERON COUNTY, TEXAS |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. and NECHES- GULF SHIP | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendant. | § | 138TH JUDICIAL DISTRICT |

### PIONEER NATURAL RESOURCES USA, INC.'S
### MOTION TO TRANSFER VENUE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW  PIONEER NATURAL RESOURCES USA, INC. ("Pioneer"), hereinafter referred to as Defendant, and respectfully moves to transfer venue. In support hereof, the following is respectfully submitted:

1.  There is no basis for mandatory venue in Cameron County, Texas pursuant to Chapter 15 of the Texas Civil Practice and Remedies Code.

2.  Plaintiffs have alleged that the accident made the basis of this suit occurred in the Gulf of Mexico while Plaintiff was working as a Sandblaster/Painter in Federal Waters off the Coast of Texas.

3.  There is no permissive basis authorizing the maintenance of this action in Cameron County, Texas.

4.    Defendant submits that pursuant to Ch. 15.001 and 15.002(a)(3) of the Texas Civil

Practices and Remedies Code, Pioneer Natural Resources USA, Inc.'s principal place

of business is in Dallas County, Texas.

5.    This matter must be therefore transferred to Dallas County, Texas.

**WHEREFORE, PREMISES CONSIDERED,** Defendant requests this motion to

be set for hearing and upon such, this Honorable Court grant the motion at bar and transfer the

above-styled case to Dallas County, Texas and that all costs associated with the transfer be borne

by Plaintiffs, and for such other relief to which Defendant may show itself justly entitled.

Respectfully submitted,

**LEGGE, FARROW, KIMMITT & MCGRATH, L.L.P.**

Gerard J. Kimmitt, II
TBN: 10427500
6363 Woodway, Suite 400
Houston, TX 77057
Telephone:    (713) 917-0888
Telefax: .    (713) 953-9470

**ATTORNEYS FOR DEFENDANT
PIONEER NATURAL RESOURCES
USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Transfer Venue was mailed, certified mail, return receipt requested on this ⟨17th⟩ day of April, 2003, as follows:

The Law Office of Jack G. Carinhas, Jr.　　　*Via Facsimile No. (956) 542-9161*
302 Kings Highway, Suite 109
Brownsville, Texas  78521     .

Gerard J. Kimmitt, II

F:\APPS\DATA\Pioneer\001-051\Pleading\Motion to Transfer Venue

RUN DATE 04/25/03
RUN TIME 2:54 PM

PAGE: 01
2003-03-001521-B

**CLERK'S ENTRIES**

JOSE LUIS AGUIRRE

vs

PIONEER NATURAL RESOURCES USA INC.

00006101
HON. JACK G. CARINHAS, JR.
392 KINGS HIGHWAY, SUITE 109
BROWNSVILLE TX    78520 0000

00556101
FRANK L. MCNIFF, JR.
SUITE 900, K. TOWER
CORPUS CHRISTI, TX    78401 0000

(10)    03    21    03

DAMAGES    30.00

LAW OFFICE OF
JACK G. CARINHAS JR

| Date | Entry |
|---|---|
| 03/21/03 | ORIGINAL PETITION FILED |
| 03/21/03 | JURY FEE: Pd. by HON. JACK G. CARINHAS, JR. |
| 03/26/03 | CITATION (CM): PIONEER NATURAL RESOURCES USA INC |
| 03/26/03 | SERVED: 04/01/03  FILED: 04/04/03 |
| 03/26/03 | CITATION (CM) NECHES-GULF SHIP SERVICES, INC. |
| 03/26/03 | SERVED: 03/31/03  FILED: 04/07/03 |
| 04/17/03 | ORIGINAL ANSWER: NECHES-GULF SHIP SERVICES, INC. |
| 04/22/03 | ORIGINAL ANSWER: PIONEER NATURAL RESOURCES USA INC |
| 04/22/03 | ORIGINAL ANSWER: NECHES-GULF SHIP SERVICES, INC. |
| 04/22/03 | PIONEER NATURAL RESOURCES USA, INC.'S MOTION TO TRANSFER VENUE |
| 04/22/03 | (RMOCHOA) |

CAUSE NO. 2003-03-1591-B

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 138th JUDICIAL DISTRICT |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendants. | § | CAMERON COUNTY, TEXAS |

## NOTICE OF FILING OF REMOVAL

TO:    District Clerk of Cameron County, Texas;

Jack G. Carinhas, Jr.
The Law Offices of Jack Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Attorneys for Plaintiff;

Gerald J. Kimmitt, Jr.
Legge, Farrow, Kimmitt, & McGrath, L.L.P.
6363 Woodway Drive, Suite 400
Houston, Texas 77057
Attorneys for Defendant
Pioneer Natural Resources USA, Inc.

PLEASE TAKE NOTICE that Defendant Neches-Gulf Ship Services, Inc. ("Defendant Neches-Gulf"), filed its Notice of Removal on April 25, 2003 in the above-entitled action from the 138th Judicial District Court of Cameron County, Texas, Cause No. 2003-03-1591-B, to the United States District Court for the Southern District of Texas, Brownsville Division, a true copy of which is attached hereto and incorporated herein by reference, in said United States District Court.

DATED this 25th day of April, 2003.

Respectfully submitted,

THE KLEBERG LAW FIRM, P.C.

By: _____

Frank L. McNiff, Jr.
State Bar No. 13839020
Federal ID No. 12595
Dabney Welsh Pettus
State Bar No. 24033443
Federal ID No. 29959
800 North Shoreline Boulevard
Suite 900, North Tower
Corpus Christi, Texas 78401
Telephone:     (361) 693-8500
Facsimile:     (361) 693-8600

**ATTORNEYS FOR DEFENDANT
NECHES-GULF SHIP SERVICES, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing pleading was sent by United States certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, to all attorneys of record, this ___ day of April, 2003:

Jack G. Carinhas, Jr.
The Law Offices of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
**Attorneys for Plaintiff**

Gerald J. Kimmitt, Jr.
Legge, Farrow, Kimmitt, & McGrath, L.L.P.
6363 Woodway Drive, Suite 400
Houston, Texas 77057
**Attorneys for Defendant
Pioneer Natural Resources USA, Inc.**

_____
Frank L. McNiff, Jr.

175539

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | **B-03-78** |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| PIONEER NATURAL RESOURCES | § | Admiralty/ F.R.C.P. 9(h) |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

## LIST OF ALL COUNSEL OF RECORD

**ATTORNEYS FOR PLAINTIFF JOSE LUIS AGUIRRE:**

Jack G. Carinhas, Jr.
The Law Offices of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas  78521
Telephone:  (956) 542-9161
Facsimile: (956) 542-3651

**ATTORNEYS FOR DEFENDANT NECHES-GULF SHIP SERVICES, INC.:**

Frank L. McNiff, Jr.
Dabney Welsh Pettus
The Kleberg Law Firm, P.C.
800 North Shoreline Blvd.
Suite 900, North Tower
Corpus Christi, Texas  78401
Telephone:  (361) 693-8500
Facsimile:  (361) 693-8600

175539

**ATTORNEYS FOR DEFENDANT PIONEER NATURAL RESOURCES USA, INC.:**

Gerald J. Kimmitt, Jr.
Legge, Farrow, Kimmitt, & McGrath, L.L.P.
6363 Woodway Drive, Suite 400
Houston, Texas  77057
Telephone:  (713) 971-0888
Facsimile:  (713) 953-9470

175539