IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B 03-078 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Admiralty/ F.R.C.P. 9(h) |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | § | |
| | § | |

## CERTIFICATE OF INTERESTED PARTIES
## OF NECHES-GULF SHIP SERVICES, INC.

TO THE HONORABLE

NOW COMES Defendant, Neches-Gulf Ship Services, Inc., and pursuant to this Court's Order for Conference and Disclosure of Interested Parties, and in response thereto, list all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Jose Luis Aguirre

Pioneer Natural Resources, Inc.

Neches-Gulf Ship Services, Inc.

Respectfully submitted,

_____
Frank L. McNiff, Jr.
State Bar No. 13839020
Fed. ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal I.D. No. 0328
ATTORNEYS-IN-CHARGE FOR
NECHES-GULF SHIP SERVICES, INC.

OF COUNSEL:

THE KLEBERG LAW FIRM
800 N. Shoreline Blvd.
Suite 900, North Tower
Corpus Christi, Texas 78401
(361) 693-8500
(361) 693-8600 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing has been sent by facsimile and by certified mail, return receipt requested, on this ___9TH___ day of May, 2003, to:

Jack G. Carinhas, Jr.
The Law Office of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
**Attorneys for Plaintiff**

Gerard J. Kimmitt, II
Legge, Farrow, Kimmitt & McGrath, LLP
6363 Woodway, Suite 400
Houston, Texas 77057
**Attorneys for Defendant, Pioneer Natural Resources, Inc.**

_____
Frank L. McNiff, Jr.