UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 1 6 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-078 |
| | § | |
| PIONEER NATURAL RESOURCES USA, INC. and NECHES-GULF SHIP SERVICES, INC. | § § § § | Admiralty/F.R.C.P. 9(h) |

**PLAINTIFF JOSE LUIS AGUIRRE'S
CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff **Jose Luis Aguirre**, filing this Certificate of Interested Parties respectfully showing the Honorable Court as follows:

**I.**

1) Jose Luis Aguirre, Plaintiff
   Mr. Jack G. Carinhas, Jr., Counsel
   302 Kings Highway, Suite 109
   Brownsville, Texas 78521
   Tel:  956/542-9161

2) Pioneer Natural Resources, USA, Inc., Defendant;
   Mr. Gerald J. Kimmitt, Jr.
   Legge, Farrow, Kimmitt, & McGrath, L.L.P.
   6363 Woodway Drive, Suite 400
   Houston, Texas 77057
   Tel:  713/917-0888

3) Neches-Gulf Ship Services, Inc.
   Mr. Frank L. McNiff, Jr.
   The Kleberg Law Firm, P.C.
   800 North Shoreline Boulevard
   Suite 900, North Tower
   Corpus Christi, Texas 78401
   Tel:  361/693-8500

WHEREFORE, premises considered, Plaintiff prays that the Court take note and due notice of this filing.

Respectfully submitted,

*(signature)*

Jack G. Carinhas, Jr.
Fed I.D. #1179
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:  956/542-9161
Fax:  956/542-3651

Attorney-in-charge for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served on Mr. Gerald J. Kimmitt, Jr., Legge, Farrow, Kimmitt, & McGrath, L.L.P., 6363 Woodway Drive, Suite 400, Houston, Texas 77057, and Mr. Frank L. McNiff, Jr., The Kleberg Law Firm, P.C., 800 North Shoreline Boulevard, Suite 900, North Tower, Corpus Christi, Texas 78401, by First Class letter, postage prepaid and properly addressed on this 16th day of May, 2003.

*(signature)*

Jack G. Carinhas, Jr.