IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | CIVIL ACTION NO. B-03-078 |
| VS. | § | |
| | § | F.R.C.P. Rule 9(h) Admiralty |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. AND NECHES-GULF | § | |
| SHIP SERVICES, INC. | § | |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND SUBSTITUTE COUNSEL FOR DEFENDANT PIONEER NATURAL RESOURCES USA, INC.

Comes Now, Gerard J. Kimmitt, II, attorney of record for Defendant Pioneer Natural Resources USA, Inc. (hereinafter "Defendant Pioneer"), in all capacities in the above-styled and numbered cause, and files this Motion to Withdraw as Attorney of Record and Substitute Counsel for Defendant Pioneer and would respectfully show the following:

**I.**

Gerard J. Kimmitt, II, attorney of record for Defendant Pioneer hereby requests permission to withdraw as attorney of record for Defendant Pioneer in this cause and to allow the attorney identified below to be substituted as counsel for Defendant Pioneer.

**II.**

This withdrawal and substitution is not sought for delay.

**III.**

The new attorney to be substituted in this matter for Defendant Pioneer is Roberta J. Hegland of the law firm of Bracewell & Patterson, L.L.P., 2000 One Shoreline Plaza-South Tower, 800 North Shoreline Boulevard, Corpus Christi, Texas 78401, telephone number (361) 882-6644, and facsimile number (361) 903-7000. Roberta J. Hegland's Texas State Bar No. is 09375000 and her Federal I.D. is 6842. Defendant Pioneer consents to this substitution.

WHEREFORE, PREMISES CONSIDERED, Defendant Pioneer respectfully prays that the Court enter an Order allowing Gerard J. Kimmitt, II to withdraw as attorney of record for Defendant Pioneer and further allowing Roberta J. Hegland of the law firm of Bracewell & Patterson, L.L.P. to be substituted as the new counsel of record for Defendant Pioneer Natural Resources USA, Inc.

Dated: May 28, 2003

Respectfully submitted,

LEGGE, FARROW, KIMMITT,
McGRATH & BROWN, L.L.P.

Gerard J. Kimmitt II
State Bar No. 11427500
Federal ID No. 8454
6363 Woodway, Suite 400
Houston, Texas 77057
Telephone No.: (713) 706-1943
Telecopier No.: (713) 953-9470
**ATTORNEY OF RECORD FOR
DEFENDANT PIONEER NATURAL
RESOURCES USA, INC.**

BRACEWELL & PATTERSON, L.L.P.

Roberta J. Hegland
Attorney in Charge
State Bar No. 09375000
Federal ID No. 6842
Joseph A. Stallone
State Bar No. 00797485
Federal ID No. 22343
2000 One Shoreline Plaza - South Tower
800 North Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 903-7000
**ATTORNEY TO BE SUBSTITUTED
AS NEW ATTORNEY OF RECORD FOR
DEFENDANT PIONEER NATURAL
RESOURCES USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the foregoing Motion to Withdraw and Substitute Counsel has been sent to all counsel of record, as indicated below, on this the 29 day of May, 2003.

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
**Attorneys for Plaintiff**
**Via Certified Mail, Return Receipt Requested**

Frank L. McNiff, Jr.
THE KLEBERG LAW FIRM
800 N. Shoreline, Suite 900
One Shoreline Plaza, North Tower
Corpus Christi, Texas 78401
**Attorneys for Defendant, Neches-Gulf Ship Services, Inc.**
**Via Certified Mail, Return Receipt Requested**

_Roberta J. Hegland_
Roberta J. Hegland

Corpus Christi\634677.1