United States District Court
Southern District of Texas
FILED

MAY 3 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § § § | CIVIL ACTION NO. B-03-078 |
| VS. | § § | F.R.C.P. Rule 9(h) Admiralty |
| PIONEER NATURAL RESOURCES USA, INC. AND NECHES-GULF SHIP SERVICES, INC. | § § § | |

## CERTIFICATE OF INTERESTED PARTIES

NOW COMES Defendant, PIONEER NATURAL RESOURCES USA, INC. ("Pioneer"), and files this Certificate of Interested Parties. The following persons and/or entities have a financial interest in the outcome of this litigation:

1. Jose Luis Aguirre, Plaintiff

2. Pioneer Natural Resources USA, Inc., Defendant

3. Neches-Gulf Ship Services, Inc., Defendant

4. Sunland Construction, Inc., Plaintiff's Employer

Dated: May 29, 2003                    Respectfully submitted,

BRACEWELL & PATTERSON, L.L.P.

Roberta J. Hegland
Attorney in Charge
State Bar No. 09375000
Federal ID No. 6842
Joseph A. Stallone
State Bar No. 00797485
Federal ID No. 22343
2000 One Shoreline Plaza - South Tower
800 North Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 903-7000
ATTORNEYS OF RECORD FOR
DEFENDANT PIONEER NATURAL
RESOURCES USA, INC.

Corpus Christi\634737.1

## CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the foregoing Motion to Withdraw and Substitute Counsel has been sent to all counsel of record, as indicated below, on this the 29 day of May, 2003.

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
**Attorneys for Plaintiff**
**Via Certified Mail, Return Receipt Requested**

Frank L. McNiff, Jr.
THE KLEBERG LAW FIRM
800 N. Shoreline, Suite 900
One Shoreline Plaza, North Tower
Corpus Christi, Texas 78401
**Attorneys for Defendant, Neches-Gulf Ship Services, Inc.**
**Via Certified Mail, Return Receipt Requested**

Roberta J. Hegland
Joseph A. Stallone