IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | CIVIL ACTION NO. B-03-078 |
| VS. | § | |
| | § | F.R.C.P. Rule 9(h) Admiralty |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. AND NECHES-GULF | § | |
| SHIP SERVICES, INC. | § | |

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

On this day, came on for consideration the Motion to Withdraw as Attorney of Record and Substitute Counsel for Defendant Pioneer Natural Resources USA, Inc. filed by Gerard J. Kimmitt with the law firm of Legge, Farrow, Kimmitt, McGrath & Brown, L.L.P. ("Movant"). After careful consideration, the Court is of the opinion that good cause has been shown in that Defendant Pioneer Natural Resources USA, Inc. desires the withdrawal and substitution. Therefore, Movant's Motion has merit and should be GRANTED.

Therefore, it is by the Court ORDERED, ADJUDGED AND DECREED that Movant's Motion to Withdraw as Attorney of Record and Substitute Counsel for Defendant Pioneer Natural Resources USA, Inc. is granted, and that Gerard J. Kimmitt, II is no longer attorney of record for Defendant. It is further ORDERED, ADJUDGED AND DECREED that Roberta J. Hegland of the law firm of Bracewell & Patterson, L.L.P., is substituted in place of Movant as attorney of record for Defendant Pioneer Natural Resources USA, Inc.

SIGNED and ENTERED this 4th day of June, 2003.

_____
JUDGE PRESIDING

Corpus Christi\634677.1

**AGREED TO AS TO FORM AND SUBSTANCE:**

*/s/ Gerard J. Kimmitt II*

Gerard J. Kimmitt II
State Bar No. 11427500
Federal ID No. 8454
LEGGE, FARROW, KIMMITT, McGRATH & BROWN, L.L.P.
6363 Woodway, Suite 400
Houston, Texas 77057
Telephone No.:  (713) 706-1943
Telecopier No.:  (713) 953-9470

ATTORNEY OF RECORD FOR
DEFENDANT PIONEER NATURAL
RESOURCES USA, INC.

*/s/ Roberta J. Hegland by JJS*

Roberta J. Hegland
State Bar No. 09375000
Federal ID No. 6842
BRACEWELL & PATTERSON, L.L.P.
2000 One Shoreline Plaza-South Tower
800 North Shoreline Boulevard
Corpus Christi, TX 78401-3700
Telephone:  (361) 882-6644
Facsimile:  (361) 882-6659

ATTORNEY TO BE SUBSTITUTED
AS NEW ATTORNEY OF RECORD FOR
DEFENDANT PIONEER NATURAL
RESOURCES USA, INC.