United States District Court
Southern District of Texas
FILED
AUG 27 2003
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | CIVIL ACTION NO. B-03-078 |
| VS. | § | |
| | § | F.R.C.P. Rule 9(h) Admiralty |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. AND NECHES-GULF | § | |
| SHIP SERVICES, INC. | § | |

## DEFENDANT PIONEER NATURAL RESOURCES USA, INC.'S
## MOTION FOR LEAVE TO APPEAR ON BEHALF OF ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, Pioneer Natural Resources USA, Inc., and its attorney-in-charge, the undersigned ROBERTA J. HEGLAND, and request leave for Co-Counsel, JOSEPH A. STALLONE to appear on behalf of Defendant at the initial pretrial conference set for Thursday, September 11, 2003 at 9:30 a.m. As grounds therefore, Defendant would show unto the Court as follows:

I.

The undersigned ROBERTA J. HEGLAND is lead counsel in a case styled *Mildred N. Millangue, et al. vs. Pentron Laboratory Technologies, et al.*, Cause No. 02-62300-4 pending in state court in Nueces County, Texas. The deposition of a client representative in the *Millangue* case has been noticed for September 10, 2003 in New Haven, Connecticut wherein lead counsel must present said representative for deposition. A true and correct copy of the Notice of Oral/Video Deposition is attached hereto as Exhibit "A." This was rescheduled due to the July hurricane and involves coordination of the schedules of five different attorneys and two witnesses. Due to the difficult airline travel schedule, the undersigned attorney will be traveling from Connecticut to Texas on September 11, 2003 and unable to arrive in Brownsville in time for the initial pretrial conference set in the above-referenced matter.

Corpus Christi\642584.1

## II.

Joseph A. Stallone is fully familiar with this case, and is fully authorized to act on behalf of the Defendant, Pioneer Natural Resources USA, Inc. and to bind the client regarding any matters that may come before this Court.

WHEREFORE, PREMISES CONSIDERED, Defendant, Pioneer Natural Resources USA, Inc. prays that this Court grant leave for Joseph A. Stallone to appear at the initial pretrial conference of September 11, 2003 at 9:30 a.m. on behalf of Defendant, Pioneer Natural Resources USA, Inc., and for such other and further relief as this Defendant may show itself to be justly entitled.

Dated: August 26, 2003                     Respectfully submitted,

BRACEWELL & PATTERSON, L.L.P.
Roberta J. Hegland
Attorney in Charge
State Bar No. 09375000
Federal ID No. 6842
Joseph A. Stallone
State Bar No. 00797485
Federal ID No. 22343
2000 One Shoreline Plaza - South Tower
800 North Shoreline Blvd.
Corpus Christi, Texas 78401-3700
Telephone No.: (361) 882-6644
Telecopier No.: (361) 903-7000
**ATTORNEYS OF RECORD FOR DEFENDANT PIONEER NATURAL RESOURCES USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the foregoing has been sent to all counsel of record, as indicated below, on this the 26th day of August, 2003.

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
**Attorneys for Plaintiff**

Frank L. McNiff, Jr.
THE KLEBERG LAW FIRM
800 N. Shoreline, Suite 900
One Shoreline Plaza, North Tower
Corpus Christi, Texas 78401
**Attorneys for Defendant, Neches-Gulf Ship Services, Inc.**

_____
Roberta J. Hegland
Joseph A. Stallone

# Exhibit "A"

CAUSE NO. 02-62300-4

| | | |
|---|---|---|
| MILDRED N. MILLANGUE, individually and on behalf of the Estate of REGINALDO MILLANGUE, SHARI MILLANGUE RENE MILLANGUE, AIMEE MILLANGUE, and STACEE MILLANGUE, | § § § § § § § § | IN THE COUNTY COURT |
| Plaintiffs | § § | |
| vs. | § § | AT LAW NO. 4 |
| JENERIC/PENTRON, INC., PENTRON CORPORATION, PENTRON LABORATORY TECHNOLOGIES, L.L.C., BRUSH WELLMAN, INC., and CUMMINS DENTAL CERAMICS, INC., | § § § § § § | |
| Defendants | § | NUECES COUNTY, TEXAS |

### PLAINTIFF'S FIRST AMENDED NOTICE OF THE ORAL/VIDEO DEPOSITION(S) OF THE WITNESS, PENTRON LABORATORY TECHNOLOGIES, L.L.C.

To: Pentron Laboratory Technologies, L.L.C., through its attorney of record, Roberta Hegland, Bracewell & Patterson, L.L.P., 2000 One Shoreline Plaza, 800 N. Shoreline S. Tower, Corpus Christi, Texas 78401

Please take notice that the following oral deposition(s) will be taken by the undersigned attorneys:

(1) The witness is:  PENTRON LABORATORY TECHNOLOGIES, L.L.C.

Pursuant to Rule 199.2(b), of the Texas Rules of Civil Procedure, PENTRON LABORATORY TECHNOLOGIES, L.L.C. ("PLT") is notified of its obligation to designate one or more persons having actual knowledge of the following subjects and who is/are authorized to testify as designated corporate representative(s) in regards to such matters.

The subject matters on which examination is requested are:

08-06-03   16:26   FROM-FLOOD FLOOD CORPUS CHRISTI          3616548879          T-719   P 04/05   F-138

     (a)    Research and development of the Rexillium products, and any other products, sold to Cummins Dental Ceramics, Inc. ("Cummins");

     (b)    Industrial hygiene issues arising out of the foreseeable use of Rexillium products, and any other products, sold to Cummins;

     (c)    PLT's sources of materials used in the Rexillium products, and any other products, sold to Cummins;

     (d)    Material Safety Data Sheet drafting and finalization;

     (e)    Sales to Cummins; and

     (f)    Historical interaction between PLT, Jeneric, Pentron Corporation, or Jeneric/Pentron and OSHA.

(2)    The deposition(s) will begin at 9:30 a.m., on September 10, 2003, and continue from day to day until it is completed.

(3)    The deposition(s) will take place at:

Wiggin & Dana Law Firm
One Century Tower
265 Church St.
New Haven, CT

(4)    The deposition(s) will be taken on oral examination before a court reporter authorized by law to take depositions. The deposition(s) may also be videotaped.

(6)    Pursuant to Rule 199.2(b) and Rule 199.2(b)(5) of the Texas Rules of Civil Procedure, the following books, papers, documents and tangible things (hereinafter "documents") are hereby designated to be produced by the witness at the time and place of the deposition(s) <u>if they have not been previously produced</u>:

     (a)    A curriculum vitae for the person who is designated to testify on behalf of the witness, or a job description of said person, including a listing of all educational, training and/or other courses said person has taken part in regards to their area of work;

     (b)    all documents relating to the topics enumerated in Paragraphs (1)(a) – (f) herein;

2

Respectfully submitted,

John Flood
FLOOD & FLOOD
State Bar No. 07155910
802 N. Carancahua
900 Frost Bank Plaza
Corpus Christi, Texas 78470
(361) 654-8877, Fax (361) 654-8879

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record by fax and/or regular mail on August 6, 2003.

John Flood

Roberta J. Hegland
Bracewell & Patterson, L.L.P.
2000 One Shoreline Plaza
800 North Shoreline, South Tower
Corpus Christi, Texas 78401

Rudy Gonzales, Jr.
Catherine Tobin
Chaves, Gonzales & Hoblit, L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470

Marc E. Villarreal
Porter, Rogers, Dahlman & Gordon, P.C.
One Shoreline Plaza, Suite 800
P.O. Box 2968
Corpus Christi, Texas 78403-2368

3