United States District Court
Southern District of Texas
ENTERED

AUG 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | CIVIL ACTION NO. B-03-078 |
| VS. | § | |
| | § | F.R.C.P. Rule 9(h) Admiralty |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. AND NECHES-GULF | § | |
| SHIP SERVICES, INC. | § | |

## ORDER GRANTING DEFENDANT PIONEER NATURAL RESOURCES USA, INC.'S MOTION FOR LEAVE TO APPEAR ON BEHALF OF ATTORNEY-IN-CHARGE

On this the below date, came on for consideration Defendant, Pioneer Natural Resources USA, Inc. Motion for Leave to Appear on Behalf of Attorney-in-Charge, and the Court, after considering said Motion, is of the opinion and finds that it is in all things meritorious and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that leave is granted for JOSEPH A. STALLONE to appear as Attorney-in-Charge for Defendant Pioneer Natural Resources USA, Inc. at the initial pretrial conference set for Thursday, September 11, 2003 at 9:30 a.m. He must have full authority to bind the client.

SIGNED this the 27th day of August, 2003.

_____
UNITED STATES DISTRICT JUDGE