IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § § § | |
| v. | § § | CIVIL ACTION NO. B 03-078 |
| PIONEER NATURAL RESOURCES USA, INC. and NECHES-GULF SHIP SERVICES, INC. | § § § § § | Admiralty/ F.R.C.P. 9(h) |

## NOTICE OF SUBSTITUTION OF LAW FIRM

TO THE HONORABLE JUDGE OF THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

NOW COMES, Neches-Gulf Ship Services, Inc., Defendant in the above matter and hereby gives notice of substitution of their law firm from The Kleberg Law Firm, P.C., to Welder, Leshin & Mahaffey, LLP. Therefore, effective August 18, 2003, all future notices, orders, and process for Neches-Gulf Ship Services, Inc. should be addressed to the following:

> Frank L. McNiff, Jr.
> WELDER, LESHIN & MAHAFFEY, LLP
> 800 North Shoreline Blvd.
> Suite 900, North Tower
> Corpus Christi, Texas 78401

Respectfully submitted,

By: _____
Frank L. McNiff, Jr.
State Bar No. 13839020
Fed. ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal I.D. No. 0328
ATTORNEYS-IN-CHARGE FOR
NECHES-GULF SHIP SERVICES, INC.

180389                                    1

OF COUNSEL:

WELDER, LESHIN & MAHAFFEY, LLP
800 N. Shoreline Blvd.
Suite 900, North Tower
Corpus Christi, Texas 78401
(361) 693-8500
(361) 693-8600 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent by United States certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, to all attorneys of record listed below, on this ___5TH___ day of September, 2003.

Jack G. Carinhas, Jr.
The Law Office of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
**Attorneys for Plaintiff**

Roberta J. Hegland
Bracewell & Patterson, L.L.P.
800 North Shoreline Blvd.
Suite 2000, South Tower
Corpus Christi, Texas 78401-3700
**Attorneys for Defendant, Pioneer Natural Resources, Inc.**

_____
Frank L. McNiff, Jr.