United States District Court
Southern District of Texas
FILED

SEP 1 1 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>INITIAL PRETRIAL & SCHEDULING CONFERENCE</u>

CIVIL ACTION NO. <u>B-03-078</u>   DATE & TIME <u>9/11/03 @ 9:45 - 10:05 am</u>

COUNSEL:

<u>JOSE LUIS AGUIRRE</u>   §   <u>Jack Carinhas</u>

VS   §

<u>PIONEER NATURAL RESOURCES</u>   §   <u>Joseph Stallone</u>
<u>NECHES-GULF SHIP SERVICES, INC.</u>   §   <u>Frank McNiff</u>

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Yanes

Case called on the docket. Jack Carinhas appeared for the Plaintiffs. Joseph Stallone appeared for deft, Pioneer Natural Resources. Frank McNiff appeared for deft, Neches-Gulf Ship Services. All parties announces present and ready.

Any pending venue motions filed in state court are hereby DENIED with leave to refile same under federal venue law.

Plaintiff has until September 30,2003 to file an amended pleading.

The following deadlines were given by the Court:

  Final Pretrial is set for May 4, 2004 @ 1:30 pm
  Jury Selection is set for May 6, 2004 @ 9:00 am
  New parties by joined by September 30, 2003
  Plaintiff's experts by January 23, 2004
  Defendants' experts by February27, 2004
  Dispositive motions filed by March 20, 2004
  Non-Dispositive motions filed by April 16, 2004
  Joint Pretrial Order due by April 16, 2004

Court will allow parties to voir dire and will use a 12 person jury/10-2 or above verdict.

If mediation is necessary, it is to be agreed upon by all parties.

Court is adjourned.