IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § § | |
| VS. | § § § | CIVIL ACTION NO. B-03-078 |
| PIONEER NATURAL RESOURCES, ET AL | § | |

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.  ☐ Bench  ■ Jury

2. New parties must be joined by:                                      September 30, 2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   January 23, 2004

4. The defendant's experts must be named with a report furnished by:   February 27, 2004

5. Discovery must be completed by:                                     April 8, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                               March 20, 2004

   Non-Dispositive Motions will be filed by:                           April 16, 2004

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:                                        April 26, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial is set for 1:30 p.m. on:                             May 4, 2004
9. Jury Selection is set for 9:00 a.m. on:*                            May 6, 2004

*Counsel to do voir dire. Jury to be twelve(12) members (not including alternates) with ten (10) or more members required to reach a verdict.

The case will remain on standby until tried.

Signed this the __11th__ day of __September__, 2003.

Andrew S. Hanen
United States District Judge

xc: ALL COUNSEL OF RECORD