UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-078 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Jury Requested |
| USA, INC. and NECHES-GULF | § | |
| SHIP SERVICES, INC. | § | |

### ORDER GRANTING MOTION

CAME BEFORE the Court Plaintiff's motion to file Plaintiff's First Amended Complaint, and on considering same, the Court is of the opinion that same should be granted; therefore, it is

ORDERED that the Clerk of this Court file Plaintiff's First Amended Complaint attached to his motion in this civil action.

SIGNED this 10th day of ~~September~~ October, 2003.

_____
JUDGE PRESIDING