UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 8 2003

Michael N. Milby
Clerk of Court

| JOSE LUIS AGUIRRE | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-078 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Jury Requested |
| USA, INC. and NECHES-GULF | § | |
| SHIP SERVICES, INC. | § | |

**TO THE HONORABLE JUDGE OF SAID COURT:**

**CERTIFICATE OF CONFERENCE**

Conference with Defendant Neches-Gulf Ship Services, Inc.s' counsel was held on October 6, 2003, and conference with Defendant Pioneer Natural Resources USA, Inc.'s counsel was held on October 8, 2003, and counsel for both Defendants are not opposed to Plaintiff's Motion to file First Amended Complaint.

DATED this 8th day of October, 2003.

Jack G. Carinhas, Jr.

CERTIFICATE OF CONFERENCE                                                       Solo Page