IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B 03-078 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Admiralty/ F.R.C.P. 9(h) |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | § | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

NOW COMES, Neches-Gulf Ship Services, Inc., Defendant in the above matter and hereby gives notice of change of address of its attorney-in-charge, with the law firm of Welder, Leshin & Mahaffey, LLP. Therefore, all future notices, orders, and process for Defendant Neches-Gulf Ship Services, Inc. should be addressed to the following:

>   Frank L. McNiff, Jr.
>   James F. Buchanan
>   Welder, Leshin & Mahaffey, LLP
>   800 North Shoreline Blvd.
>   Suite 300, North Tower
>   Corpus Christi, Texas 78401
>   Telephone: (361) 561-8000
>   Telecopier: (361) 561-8001

181817

1

Respectfully submitted,

By: _____
Frank L. McNiff, Jr.
State Bar No. 13839020
Fed. ID No. 12595
James F. Buchanan
State Bar No. 03287500
Federal I.D. No. 0328
ATTORNEYS-IN-CHARGE FOR
NECHES-GULF SHIP SERVICES, INC.

OF COUNSEL:

WELDER, LESHIN & MAHAFFEY, LLP
800 N. Shoreline Blvd.
Suite 900, North Tower
Corpus Christi, Texas 78401
(361) 561-8000
(361) 561-8001 (FAX)

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was sent by United States certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, to all attorneys of record listed below, on this 20th day of October, 2003.

Jack G. Carinhas, Jr.
The Law Office of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
**Attorneys for Plaintiff**

Roberta J. Hegland
Bracewell & Patterson, L.L.P.
800 North Shoreline Blvd.
Suite 2000, South Tower
Corpus Christi, Texas 78401-3700
**Attorneys for Defendant, Pioneer Natural Resources, Inc.**

_____
Frank L. McNiff, Jr.

181817                                3