**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

OCT 2 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-078 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Admiralty/ F.R.C.P. 9(h) |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | § | |

**FIRST AMENDED ORIGINAL ANSWER OF
DEFENDANT NECHES-GULF SHIP SERVICES, INC.**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE, TEXAS:

NOW COMES NECHES-GULF SHIP SERVICES, INC., Defendant herein ("Defendant

Neches-Gulf"), and files this First Amended Original Answer in response to Plaintiff's First

Amended Original Complaint. In support thereof, Defendant Neches-Gulf would respectfully

show unto the Court as follows:

**ANSWER**

**I.**

Defendant Neches-Gulf is without sufficient evidence to form a belief as to the allegation

of Plaintiff's residence in Olmito, Cameron County, Texas, and therefore the same is denied.

**II.**

Defendant Neches-Gulf is without sufficient evidence to form a belief as to the allegation

of whether Defendant Pioneer Natural Resources USA, Inc. is authorized to do business in the

State of Texas, and therefore the same is denied.

181773                                                     1

### III.

Defendant Neches-Gulf admits that it is a Texas corporation which has appeared and answered herein.

### IV.

Defendant Neches-Gulf admits that the subject matter in controversy is within the jurisdictional limits of this Court.

### V.

Defendant Neches-Gulf admits that this Court has subject matter jurisdiction over this matter pursuant to 33 U.S.C. § 905(b).

### VI.

Defendant Neches-Gulf admits that this Court has subject matter jurisdiction over this matter pursuant to 43 U.S.C. § 1349(b)(1).

### VII.

Defendant Neches-Gulf admits that this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1367.

### VIII.

Defendant Neches-Gulf admits that venue is proper in the Brownsville Division of the Southern District of Texas.

### IX.

Defendant admits that Plaintiff was employed by Sunland Construction as a sandblaster/painter on or about April 23, 2001. To the extent that the remaining averments in paragraph 4.01 require answer, the same are denied.

X.

Defendant Neches-Gulf denies the allegations of paragraph 4.02.

XI.

Defendant Neches-Gulf admits that it was the owner of the M/V SAN JACINTO on or about April 23, 2001, and such vessel was performing duties associated with an offshore platform in the Gulf of Mexico. Defendant Neches-Gulf further admits that on or about April 23, 2001, plaintiff was assisting in offloading equipment from the platform to the vessel. Defendant Neches-Gulf is without sufficient information to form a belief as to the remaining averments of paragraph 4.03 as they are asserted against Defendant Pioneer Natural Resources USA, Inc., but to the extent the same are alleged against Defendant Neches-Gulf are require an answer, the same are denied.

XII.

Defendant Neches-Gulf denies the allegations of paragraph 5.01.

XIII.

Defendant Neches-Gulf denies the allegations of paragraph 5.02.

XIV.

Defendant Neches-Gulf denies the allegations of paragraph 5.03

XV.

Defendant Neches-Gulf denies the allegations of paragraph 6.0.

XVI.

To the extent that admission or denial of the "Prayer" paragraph contained in Plaintiff's First Amended Original Complaint beginning, "WHEREFORE," is necessary, Defendant Neches-Gulf denies the averments contained therein.

## AFFIRMATIVE DEFENSES

### XVII.

Without waiving the foregoing, and if a further answer of the same be necessary, Defendant Neches-Gulf alleges the Plaintiff's damages, if any, were caused in whole or part by the negligence of a third party for which Defendant Neches-Gulf is not legally responsible.

### XVIII.

Without waiving the foregoing, and if a further answer of the same be necessary, Defendant Neches-Gulf alleges that the incident made the basis of this suit and the Plaintiff's damages, if any, were caused in whole in part by the negligence of Plaintiff.

### XIX.

Without waiving the foregoing, and if a further answer of the same be necessary, Defendant Neches-Gulf alleges that the Plaintiff's damages, if any, were caused by an Act of God.

### XX.

Without waiving the foregoing, and if a further answer of the same be necessary, Defendant Neches-Gulf alleges that the Plaintiff's damages, if any, were caused by an unavoidable accident.

### XXI.

Without waiving the foregoing, and if a further answer of the same be necessary, Defendant Neches-Gulf would show that in the event that it or the M/V SAN JACINTO should be responsible to Plaintiff in this matter, Defendant Neches-Gulf claims the benefit of limitation of liability provided by 46 U.S.C. § 181, et. seq., and any and all laws supplemental thereto. All losses, damages, and injuries resulting from the alleged incident to the Plaintiff were done,

occasioned, or incurred without the privity or knowledge of Defendant Neches-Gulf, and without

the privity or knowledge, at or prior to the commencement of the voyage upon which the M/V

SAN JACINTO was engaged, of Defendant Neches-Gulf's superintendents or managing agents.

<u>PRAYER</u>

XIII.

WHEREFORE, PREMISES CONSIDERED, Defendant Neches-Gulf Ship Services, Inc.

respectfully requests that Plaintiff Jose Luis Aguirre take nothing by way of his First Amended

Original Complaint, that Defendant Neches-Gulf Ship Services, Inc. recover its costs, and that

Defendant Neches-Gulf Ship Services, Inc. is granted such other and further relief to which it

may show itself to be justly entitled.

Respectfully submitted,

By: _____
       Frank L. McNiff, Jr.
       State Bar No. 13839020
       Fed. ID No. 12595
       James F. Buchanan
       State Bar No. 03287500
       Federal I.D. No. 0328

       **ATTORNEYS-IN-CHARGE FOR
       NECHES-GULF SHIP SERVICES, INC.**

OF COUNSEL:

WELDER, LESHIN & MAHAFFEY, LLP
800 North Shoreline Blvd.
Suite 300, North Tower
Corpus Christi, Texas  78401
(361) 561-8000 – Telephone
(361) 561-8001 – Telefax

181773

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent by United States certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure, to all attorneys of record listed below, on this 20th day of October, 2003.

Jack G. Carinhas, Jr.
The Law Office of Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas  78521
**Attorneys for Plaintiff**

Roberta J. Hegland
Bracewell & Patterson, L.L.P.
800 North Shoreline Blvd.
Suite 2000, South Tower
Corpus Christi, Texas  78401-3700
**Attorneys for Defendant, Pioneer Natural Resources, Inc.**

_____
Frank L. McNiff, Jr.