United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-078 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Admiralty/F.R.C.P. 9(h) |
| USA, INC. and NECHES-GULF | § | |
| SHIP SERVICES, INC. | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

In compliance with Federal Rules of Civil Procedure, Plaintiff certifies that he has served the following discovery pleadings upon Defendant Neches-Gulf Ship Services, Inc.'s attorney of record, Hon. Frank L. McNiff, Jr.:

1) Plaintiff's First Requests for Admission to Defendant Neches-Gulf Ship Services, Inc.;

2) Plaintiff's First Requests for Production to Defendant Neches-Gulf Ship Services, Inc.; and

3) Plaintiff's First Set of Interrogatories to Defendant Neches-Gulf Ship Services, Inc.

Respectfully submitted,

Jack G. Carinhas, Jr.
S.B. No. 03795000    USDC 1179
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone:  956/542-9161
Telefax:     956/542-3651

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of Plaintiff's First Requests for Admission and First Requests for Production to Defendant Neches-Gulf Ship Services, Inc. was served by Facsimile and Certified Mail, Return Receipt Requested on February 10, 2004 to Mr. Frank L. McNiff, Jr., Welder, Leshin & Mahaffey, L.L.P., 800 N. Shoreline Blvd., Suite 900, North Tower, Corpus Christi, Texas 78401, and Mr. Joseph A. Stallone, Bracewell & Patterson, L.L.P., 2000 One Shoreline Plaza-South Tower, 800 North Shoreline Blvd., Corpus Christi, Texas 78401-3700, and Plaintiff's First Set of Interrogatories was served by Facsimile and Certified Mail, Return Receipt Requested to Mr. Frank L. McNiff, Jr., Welder, Leshin & Mahaffey, L.L.P., 800 N. Shoreline Blvd., Suite 900, North Tower, Corpus Christi, Texas 78401 and Mr. Joseph A. Stallone, Bracewell & Patterson, L.L.P., 2000 One Shoreline Plaza-South Tower, 800 North Shoreline Blvd., Corpus Christi, Texas 78401-3700 on this 12th day of February, 2004.

Jack G. Carinhas, Jr.