United States District Court
Southern District of Texas
FILED

MAR 0 1 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | CIVIL ACTION NO. B-03-078 |
| VS. | § | |
| | § | F.R.C.P. Rule 9(h) Admiralty |
| PIONEER NATURAL RESOURCES | § | |
| USA, INC. AND NECHES-GULF | § | |
| SHIP SERVICES, INC. | § | |

## DEFENDANT PIONEER NATURAL RESOURCES USA, INC.'S
## DESIGNATION OF REBUTTAL EXPERT WITNESSES

Pursuant to this Court's Order entered on September 11, 2003 and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant Pioneer Natural Resources USA, Inc. designates/discloses the following expert witnesses that may be called to testify at the trial of this case:

### I.

1.  Jimmy Whitney
    Pioneer Natural Resources Corporation
    201 Energy Parkway, Suite 400
    Lafayette, LA 70508
    (337) 237-7810

Mr. Whitney was operating the crane at the time of the incident in question. Defendant is not required to provide a report under Federal Rule of Civil Procedure 26(a)(2) for this expert because he was not "retained or specifically employed to provide expert testimony" in this case.

2.  Ronald LeLeux
    Pioneer Natural Resources Corporation
    201 Energy Parkway, Suite 400
    Lafayette, LA 70508
    (337) 237-7810

Mr. LeLeux was Mr. Whitney's supervisor at the time of the incident in question. Mr. LeLeux was flown out to the platform following the incident in question. Mr. LeLeux conducted

an investigation into the incident in question on Pioneer's behalf.  Defendant is not required to

provide a report under Federal Rule of Civil Procedure 26(a)(2) for this expert because he was

not "retained or specifically employed to provide expert testimony" in this case.

     3.    Calvin Barnhill
             P.O. Box 5-A
             Lafayette, LA 70505
             (337) 233-0830

Mr. Barnhill is a Registered Professional Engineer who has been employed by Defendant.

His report, qualifications, compensation rates, and a list of other cases in which he has testified

are attached hereto as Exhibit "A"

     4.    Donna M. Johnson, M.Ed., C.R.C.
             801 Lipan Street
             Corpus Christi, Texas 78401
             (361) 883-7384

Ms. Johnson is a licensed and certified vocational and rehabilitation counselor, consultant

and case manager who has been employed by Defendant.  Her report, qualifications,

compensation rates, and a list of other cases in which she has testified are attached hereto as

Exhibit "B".

     5.    Dr. Oliver Achleitner
             and/or all agents, representatives or custodian of records
             800 West Jefferson Street, Suite 200
             Brownsville, Texas 78520
             956.982.6982

Dr. Achleitner is a treating physician.  Defendant is not required to provide a report under

Federal Rule of Civil Procedure 26(a)(2) for this expert because he was not "retained or

specifically employed to provide expert testimony" in this case.

6.     Rufino H. Gonzalez, M.D., P.A.
       and/or all agents, representatives or custodian of records
       Bay Area Professional Plaza
       7121 South Padre Island Drive, Suite 108
       Corpus Christi, Texas  78412
       361.993.1773

Dr. Gonzalez is a treating physician.  Defendant is not required to provide a report under

Federal Rule of Civil Procedure 26(a)(2) for this expert because he was not "retained or

specifically employed to provide expert testimony" in this case.


7.     Donald L. Kramer, M.D.
       River Oaks Pain Management
       and/or all agents, representatives or custodian of records
       4120 Southwest Freeway, Suite 230
       Houston, Texas  77027
       713.355.1500

Dr. Kramer is a treating physician.  Defendant is not required to provide a report under

Federal Rule of Civil Procedure 26(a)(2) for this expert because he was not "retained or

specifically employed to provide expert testimony" in this case.


8.     Christopher E. Olson, M.D., P.A.
       and/or all agents, representatives or custodian of records
       1134 E. Los Ebanos Blvd.
       Brownsville, Texas  78520
       956.544.6727

Dr. Olson is a treating physician.  Defendant is not required to provide a report under

Federal Rule of Civil Procedure 26(a)(2) for this expert because he was not "retained or

specifically employed to provide expert testimony" in this case.

9.    H. Pacheco Serrant, M.D.
      Neurological Surgery
      and/or all agents, representatives or custodian of records
      800 West Jefferson, Suite 140
      Brownsville, Texas  78520
      956.504.1322

Dr. Serrant is a treating physician.  Defendant is not required to provide a report under

Federal Rule of Civil Procedure 26(a)(2) for this expert because he was not "retained or

specifically employed to provide expert testimony" in this case.


10.   Robert E. Whitsell, M.D.
      and/or all agents, representatives or custodian of records
      3000 Richmond Ave., Suite 520
      Houston, Texas  77098
      800.314.7876

Dr. Whitsell is a treating physician.  Defendant is not required to provide a report under

Federal Rule of Civil Procedure 26(a)(2) for this expert because he was not "retained or

specifically employed to provide expert testimony" in this case.


## II.

Notice is given that Defendant may call as witnesses at trial any and all persons who have

been deposed in this case or may be deposed in the future, and to offer at trial any and all

deposition testimony taken in this case, regardless of whether such deposition testimony may

constitute knowledge of facts or expert testimony.  To the extent necessary to accomplish this

purpose, Defendant hereby designates as expert witnesses all persons whose deposition

testimony has been taken in this cause, or who may be deposed in the future, even though

Defendant does not adopt or approve of the testimony of all such witnesses.


Corpus Christi\661631.1

## III.

This Defendant incorporates by reference, in their entirety, all depositions taken, or that may be taken in the future in this cause, and all exhibits attached thereto, as expert reports. In addition, Defendant also incorporates by reference all expert reports that have been produced by expert witnesses of Plaintiff and of any other party in this cause. Such testimony, exhibits and reports are submitted by Defendant as expert reports, although Defendant does not adopt or approve of such expert reports.

## IV.

Notice is given that Defendant may call all witnesses designated by the Plaintiff, or any other party properly joined in this action, as either experts or as persons who have knowledge of relevant facts. To the extent necessary to accomplish this purpose, Defendant designates as expert witnesses all persons who have been designated, if any, by the Plaintiff, or any other party properly joined in this action, as either experts or as persons who have knowledge of relevant facts in this cause, even though Defendant does not adopt or approve of the testimony of such witnesses.

## V.

This Defendant reserves whatever additional rights it might have regarding experts, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Civil Evidence, the case law construing same, any agreements between the parties herein, and the ruling of the trial court.

## VI.

Defendant reserves the right to amend and/or supplement this designation, including Mr. Barnhill's report, in the event such becomes necessary. Defendant also reserves the right to call undesignated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of the evidence against Defendant.

Corpus Christi\661631.1

**VII.**

This Designation is intended to serve as a supplementation of any outstanding discovery requests served on the Defendant in this matter.

Dated: February 27, 2004

Respectfully submitted,

BRACEWELL & PATTERSON, L.L.P.

Roberta J. Hegland
Attorney in Charge
State Bar No. 09375000
Federal ID No. 6842
Joseph A. Stallone
State Bar No. 00797485
Federal ID No. 22343
2000 One Shoreline Plaza - South Tower
800 North Shoreline Blvd.
Corpus Christi, Texas  78401-3700
Telephone No.:   (361) 882-6644
Telecopier No.:   (361) 903-7000
**ATTORNEY OF RECORD FOR DEFENDANT**
**PIONEER NATURAL RESOURCES USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a correct copy of the foregoing has been sent to all counsel of record, as indicated below, on this the 27 day of Feb_____, 2004.

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
**Attorneys for Plaintiff**

Frank L. McNiff, Jr.
WELDER, LESHIN & MAHAFFEY, LLP
800 N. Shoreline, Suite 900
One Shoreline Plaza, North Tower
Corpus Christi, Texas 78401
**Attorneys for Defendant, Neches-Gulf Ship Services, Inc.**

Roberta J. Hegland
Joseph A. Stallone

Exhibit "A"

# CALVIN C. BARNHILL

Registered Professional Engineer
P.O. Box 5-A  Lafayette, Louisiana 70505
(337) 233-0830   Fax (337) 233-9772
e-mail: engineer@msn.com

February 26, 2004

Mr. Joseph A. Stallone
Attorney at Law
Bracewell & Patterson
2000 One Shoreline Plaza, South Tower
800 North Shoreline Boulevard
Corpus Christi, Texas 78401-3700

Dear Mr. Stallone:

The following comments concern the case styled **Jose Luis Aguirre Vs. Pioneer Natural Resources USA**.  These comments are based on a review of the information furnished to date which includes:  Depositions, with exhibits of, Jose Aguirre, Jacinto Aguirre, Jimmy Whitney and Leszek Hejduk; witness statements; USCG information; accident / incident reports; NOAA information; Neches-Gulf documents; copies of photographs; job analysis questionnaire; various legal documents and report of D. J. Green.

Mr. Jose Aguirre was an employee of Sunland Construction, Inc., (Sunland) during April 2001, assigned and working as a sand blaster/painter. During that time, Sunland was working for Pioneer Natural Resources Company (Pioneer) on the Matagorda Island (MI) block 624 A platform, located offshore Texas.  Mr. Jose Aguirre was one of the workers in the crew Sunland assigned to the Pioneer job at the MI 624 A platform.  Mr. Jose Aguirre was working for and reporting to Mr. Eddie Valdez, Sunland's onsite foreman.

Aguirre                        2/26/04                        Page 2

On April 23, 2001 operations being conducted by the Sunland crew
included back loading Sunland's equipment from the MI 624 A platform to the
motor vessel (M/V) San Jacinto. The M/V San Jacinto is an offshore supply
vessel (OSV). Mr. Valdez assigned the Aguirre brothers, Jose and Jacinto, to
work on the OSV to backload the Sunland equipment. The back loading of the
Sunland equipment was being performed utilizing the platform crane. The
brothers' assignment from Mr. Valdez was to disconnect the Sunland equipment
from the platform crane being used to lower the equipment to the vessel once the
equipment was on the OSV. Mr. Jimmy Whitney, one of the platform production
operators, was operating the crane.

Back loading operations were taking place around noon on April 23rd. The
weather conditions noted from the United States Coast Guard (USCG) report
were listed as 20 MPH winds from the southeast, with 5-6 foot swells at a 45
degrees angle off of the OSV's bow. The visibility was noted as good. The USCG
report also indicated the OSV had set anchor and the OSV was backed toward
the rig, from the stern controls. The OSV was positioned below the rig crane.
The accident reports provided indicated 15 to 20 knot winds out of the southeast,
with 2 to 3 foot seas, with 6 to 8 foot ground swells. Copies of photographs
provided indicated at times the vessel was tied off to the platform and at times it
was not. The copies of the photographs also indicated the OSV was generally
stern into the platform.

The first two loads of Sunland equipment were back loaded to the M/V San
Jacinto without incident. A compressor was back loaded first then a blasting pot
was back loaded. The third piece of Sunland equipment being back loaded was
the cooler. The cooler was set down on the deck of the OSV and the crane

Aguirre                          2/26/04                          Page 3

operator let out some slack in the crane line. The Aguirre brothers then
approached the cooler and began undoing the shackles. Mr. Jacinto Aguirre
indicated he approached the cooler after being advised by the OSV's captain it
was safe to do so. Based on the information reviewed it appears the OSV then
dropped and shifted causing the sling to catch underneath a part of the cooler.
As the OSV continued to dropped the slack was used up and the tension in the
sling caused the cooler to swing over to the port side of the OSV trapping Mr.
Jacinto Aguirre between the cooler and the side of the OSV. As Mr. Jose Aguirre
and the vessel master went to assisted Mr. Jacinto Aguirre, the cooler shifted
again, cutting Mr. Jose Aguirre on the head. The vessel master and Mr. Jose
Aguirre stabilized the cooler and secured it. They then attended Mr. Jacinto
Aguirre.

   The information reviewed indicated Mr. Jose Aguirre receiving a ½" cut
below his right eye while trying to assist Mr. Jacinto Aguirre. The information
provided to date indicates the primary factor involved in the incident in which
the Aguirre brothers were injured was the lack of training and experience of the
Sunland personnel, (the Aguirre brothers) working on the OSV. The contributing
actions which establish the primary factor in my opinion were first the Aguirre
brother's failure to employ proper work techniques for disconnecting a load from
a crane in the indicated sea conditions, second the failure to maintain proper
positioning between the slacked off sling and the cooler and third the positioning
relative to the equipment on the OSV. It appears that all of the contributing
actions listed above were a direct result of the inexperience of and lack of
training of the Sunland personnel working on the OSV. It is unfortunate Mr.
Jose Luis Aguirre was injured while trying to assist his brother during the

Aguirre                          2/26/04                          Page 4

incident. However, if the Aguirre brothers had been properly trained and
experienced in back loading equipment to a vessel in an offshore environment,
the incident should not have occurred. Personnel properly trained and
experienced in loading and back loading equipment off of and on to vessels should
have been capable of performing the task at hand in a safe and efficient manner
without the indicated incident occurring.

   In my experience, it would be the responsibility of Sunland to properly
train its personnel in equipment handling operations, if those personnel were
expected to offload and back load their equipment. Likewise, it would be the
responsibility of the Sunland onsite supervisor to assure the personnel he
assigned to a task were trained and competent in executing that task. Pioneer
and its onsite personnel would have the right to rely on Sunland's personnel to be
properly trained, experienced and capable of safely carrying out the work the
Sunland supervisor assigned them to do.

   Comments were noted concerning Pioneer's responsibility to provide
adequate supervision and instruction to the Aguirre brothers concerning the
operation being conducted at the time of the incident. As noted above the
Sunland crew was supervised by its own onsite supervisor who was responsible
for the supervision of the Aguirre brothers. Operations concerning Sunland
equipment and personnel would be under the direction and control of the
Sunland supervisor. Also as noted above proper training and instruction of the
Aguirre brothers would also be the responsibility of Sunland, not Pioneer.

   Comments were also noted concerning a potential violation of 33 CFR
142.4 by Pioneer. 33 CFR 142.4 is a general duty clause. It is my opinion

Aguirre                          2/26/04                          Page 5

Pioneer did not violate 33 CFR 142.4. In fact 33 CFR 142.4 also pertains to
persons or parties responsible for actual operations, who in this case would be
Sunland. If a violation of 33 CFR 142.4 occurred, Sunland would be the
responsible party given the indicated facts available to date.

Once the load was sitting on the deck of the OSV, with slack in the crane
line, the crane operator would have little control over the decisions and actions of
the Sunland personnel working on the OSV. However, in my opinion, the crane
operator would have the right to assume the Sunland personnel working on the
OSV were properly trained and would perform their work safely and properly.

The weather and sea conditions indicated by the information provided
were within operational limits for the type of operation being conducted on an
OSV of the type being used in my experience. The indicated weather and sea
conditions should not have presented a problem for personnel properly trained
and experienced in loading and back loading vessels in an offshore environment.

These remarks and conclusions are based on the information furnished to
date and my education, training, knowledge and experience in the oil and gas
industry. I am a Registered Professional Petroleum Engineer with two (2)
degrees in Petroleum Engineering. Over the course of the past +/- 35 years, I
have worked in many aspects of the oil and gas industry, including time spent
working on many different offshore drilling and production facilities. The jobs
that I have performed while working on drilling rigs include: roustabout,
roughneck, motor man, derrick man, relief driller and company man. I have also
worked as a drilling superintendent with multiple rig site company men
reporting to me. Jobs that I have performed while working on production

Aguirre                          2/26/04                          Page 6

facilities includes installation, supervision, roustabouting and gauging work. I have taught various drilling and production schools, to include rigging operations. I have also performed, as well as supervised, many offshore equipment offloading and back loading operations of the type being conducted. I have also certified offshore production facilities for compliance under API RP 14 C, as per OCS order.

Over the course of the last several years, I have investigated many different types of offshore and onshore incidents and have presented my findings to State and Federal agencies. A copy of my resume is attached and made a part of this report. If called to testify at trial, I would expect to testify as to the operations involved in the incident, the roles and responsibilities of the various personnel, the equipment involved and any applicable recommended practices, guidelines or regulations. Possible trial exhibits will include the excerpts from the information and data provided, listed above.

As additional information becomes available, please furnish the same to me so that I may adjust my findings accordingly. If you have any questions or if I can be of any further assistance, please let me know. With kind regards, I remain

Sincerely,

Calvin Barnhill

Calvin Barnhill, P.E.

## RESUME AND
## PERSONAL DATA

Calvin Charles Barnhill                        Telephone:
200 Travis Street, Suite 103                   Office:   (337) 233-0830
P. O. Box 5-A   (70505)                        Fax:      (337) 233-9772
Lafayette, Louisiana  70503                    Home:     (337) 989-8075

### PERSONAL DATA

Date of Birth:                        September 13, 1950
Height:                               5'10"
Weight:                               200 Lbs.
Health:                               Excellent

### PROFESSIONAL EDUCATION

High School:                          Graduated 1968.
                                      Curriculum - College Preparatory

College:                              B.S. in Petroleum Engineering -
                                      L.S.U., 1975
                                      M.S. in Petroleum Engineering -
                                      L.S.U., 1977

### INDUSTRY EDUCATION

I.A.D.C. Blowout School (L.S.U.)
U.S.L. Blowout School
Bariod Basic Mud School
Bariod Advanced Mud School
Preston Moore Drilling Practices
Hughes Bit and Hydraulics School
Halliburton Sand Control School
Wilson Fishing Tools and Fishing Practices
B-J Seminar on Gravel Packing
Baker Seminar on Gravel Packing
Tenneco Oil Company Economics School
First Aid School
Pal Mix Workover and Completion Fluids School
Drilling Problems and Practical Solutions

Well Planning School
Drilling Optimization School
Abnormal Pressure Detection School
Hydrogen Sulfide School

## HONORS

Pi Epsilon Tau - The Petroleum Engineering Honor Society

L.L.&E. Scholarship - Awarded for Petroleum Engineering Studies

R.C. Baker Scholarship - Awarded for Petroleum Engineering Studies

W.A.A.I.M.E. National Scholarship and Grant - Awarded for Petroleum
Engineering Studies

## FELLOWSHIP

Louisiana Water Resource Research Institute - Awarded for Graduate Work in
Petroleum Engineering Studies at L.S.U. - Duties:  Research work for Miscible
Storage Processes

## ORGANIZATIONS

National Society of Professional Engineers
Louisiana Engineering Society
Society of Petroleum Engineers
American Association of Drilling Engineers
Society of Independent Professional Earth Scientists
National Association of Corrosion Engineers
Acadiana Safety Association
American Society of Safety Engineers
I.A.D.C.
Who's Who Registry of Business Leaders

## PROFESSIONAL STATUS

Registered Professional Engineer
State of Louisiana
Number 18851

## PUBLICATIONS

The Effect of Mixed Zone Length on the Growth of Viscous Fingers during A Miscible Displacement. (Masters thesis L.S.U.)

Blowouts - Wasteful of Time, Money and Natural Resources - Presented at the Congress of Petroleum Engineers - Mexico City, Mexico, March, 1979.

Underground Blowouts in Deep Well Drilling - S.P.E. Paper 7855 - Presented at the Deep Drilling Symposium - Amarillo, Texas, April, 1979.

## EMPLOYMENT HISTORY

Current:

Northstar Exploration Company – Lafayette Louisiana
Company President:

Exploration/Production Operations
Work with geologists and geophysicists generating and developing prospects in south Louisiana, offshore Louisiana, southeast Texas and southwest Mississippi. My duties involve the management, engineering, geological, land, legal and funding aspects of oil and gas exploration. This includes overseeing operations for Northstar and its associated partners while developing various prospects.

Engineering/Safety/Consulting Operations
Registered Professional Engineer - duties include: Reservoir engineering studies including lease evaluations, reservoir analysis and economic forecast on properties; designing drilling, completion and workover operations; designing surface production process facilities, including pumping units and salt water disposal systems; on site rig supervision work; office and field supervision of drilling, completion and workover operations; office and field supervision of production operations; teaching Rig Inspection Course; drilling and production phase of Petex Offshore Operations School; and an accident investigation course; incident  investigation for both litigation and non-litigation purposes; presentation of investigative results to State and Federal agencies;  pre-job rig inspection surveys on both offshore and onshore drilling,  completion and workover rigs; certification of offshore production platform safety systems to comply with 30 CFR 250 as per API 14C.

### Expert Witness

Work with the United Stated Department of Justice, Texas Attorney General's office and law firms in Louisiana, Texas, Mississippi, Oklahoma, Alabama, California, West Virginia, North Dakota, Utah, Kentucky and Alaska. Work includes well control operations, drilling, completion, workover and production operations and design issues, equipment failures, reservoir analysis and economic evaluation issues to include lost and/or deferred production claims, safety issues and environmental issues. I have testified in and have been accepted as an expert in Texas state and federal courts, Louisiana state courts, Louisiana western district federal court, middle district federal court and eastern district federal court, Mississippe federal court, California state court and New Mexico state court. Investigated incidents both domestically and internationally to include: offshore Egypt, offshore Spain, offshore Malaysia, offshore Italy, the North Sea and the South China Sea.

### Blowout Investigation

Investigated over one hunderd (100) major blowouts (both surface and underground) for various companies over the past ten (10) years. These wells ranged in depth from a few thousand feet to wells in excess of 21,500 feet. This work included wells located both domestically and internationally. H2S was a major consideration in some of the deeper wells.

### Arbitration

Worked as an arbitrator in resolving disputes between various companies involving drilling operations and/or equipment failures.

### Environmental

Supervised drilling, completion and workover procedures to include waste management disposal, pit closures, salt water and hydrocarbon disposal and location clean up and restoration work. Managed production facilities to include waste management and fluids disposal. Supervised the P&A and site restoration of producing wells and production facilities, to include NORM contaminated sites.

1979 – 1985:

C & B Exploration Co., Inc., (CBX) – Lafayette Louisiana
Company President, managed engineering, exploration and consulting operations.

Exploration/Production Operations
CBX maintained an exploration staff and operated its producing
properties. I was involved in all phases of these operations. I
worked with and managed geologist in determining prospects:
raised funds for the prospects; acquired leases; worked with lawyers
on title opinions; drilled and completed wells; put wells on line;
worked with pipeline companies making distributions; managed
production payments; managed field personnel and oversaw drilling
and production operations.

Engineering Operations
Designed, drilled and completed wells (did in office and onsite
operations); designed, installed and maintained surface equipment,
production facilities, pipelines, pumping units, and salt water
disposal systems; did lease evaluations, reservoir analysis and
economic forecast on properties.

Consultant/Safety/Operations
Designed wells and oversaw drilling operations from the office for
several rigs simultaneously for major independents; worked on site
as a company man for major independents; did lease evaluation,
reservoir analysis and economic forecast for individuals and small
independent oil companies; wrote and taught a U.S.G.S. Certified
well control school and wrote a drilling practices manual for a major
international drilling contractor; taught a U.S.G.S. certified well
control school for the University of Texas; did expert witness work
for various Law Firms in Louisiana, Mississippi and Texas.

Environmental
Supervised onshore and offshore drilling completion and workover
operations to include waste management and disposal, pit closures,
salt water and hydrocarbon disposal and location clean up and
restoration.

1978 - 1979:

Independent Self Employed Consultant
Worked for Prentice and Records Enterprises, Inc., of Lafayette,
Louisiana as a Certified Well Control Instructor in the following
schools: The U.S.L. Certified Well Control School; The U.S.L.
Certified Well Control Refresher School; and the International Well
Control School. (The certification is by the MMS). Instructor for the
Prentice and Records Drilling Practices and Practical Solutions
Course. This course is a two week course which covers well control,
drilling fluids, drilling optimization and well planning.

Worked for Louis Records & Associates of Lafayette Louisiana doing
well planning and well history analysis.

1977 - 1978:

Tenneco Oil Company - Lafayette, Louisiana
Worked as a Drilling Engineer in the Offshore Division. The duties
performed consisted of the following: Well planning work for normal
and abnormal pressured wells; well completion planning; rig site
supervision of drilling, workover, and completion operations;
bringing out new rigs; budget work and computer work. Duties
included all safety and environmental aspects of drilling, completion
and workover operations offshore.

1976 - 1977:

I.A.D.C. Blowout School - L.S.U. Baton Rouge Louisiana
Instructed classroom sessions, well site sessions and simulator
sessions in all phases of Well Control work.

Masters Degree Program - L.S.U. Baton rouge Louisiana
Work to obtain a Masters Degree in Petroleum Engineering
consisted of the following: constructing a sandstone reservoir and
determining its flow characteristics; performing fluid flow test
through the model to determine the effects of fluid behavior in a
reservoir using an unfavorable mobility ratio during a miscible
displacement; analyzing all results to determine the most efficient
method for conducting a miscible type secondary recovery project.
Upon completion of the work, a thesis was prepared. This work was
done in conjunction with the Civil Engineering Department.

Penrod Drilling Company - False River Field
Worked as derrickman and relief driller while attending L.S.U.

1974 - 1976:

Louisiana Water Resource Research Institute - L.S.U.
Worked while attending L.S.U. for a B.S. in Petroleum Engineering.
The work consisted of working with the larger reservoir flow models
in the graduate laboratories. The studies consisted of the following:
water storage and recovery in underground reservoirs; effects of bed
dip on storage and recovery of fluid from reservoirs; effects of fluid
characteristics in a homogeneous system; favorable and
unfavorable mobility ratio studies; effects of boundary wells and
image wells for fluid control and boundary effects. These studies

were conducted through the Petroleum Engineering Department
and the Civil Engineering Department.

Penrod Drilling Company, H&P Company, and Noble Drilling
Company - False River
Worked as roughneck and derrickman while attending L.S.U. for
B.S. in Petroleum Engineering.

Amoco Oil Company - New Orleans, Louisiana
Worked as a Reservoir Engineer in the division office in the special
Reservoir Engineering section.  Duties were to evaluate offshore
reservoirs for the potential of conducting secondary recovery
processes.  This included determining which reservoirs were
secondary recovery candidates and determining what processes
would be used in which reservoir.

Getty Oil Company - Houston Texas Research Laboratory
Work consisted of conducting polymer based secondary recovery
floods to determine the feasibility of actual polymer floods working
in given West Texas fields.

1971 - 1973:

Penrod Drilling Company; The Mayronne Company
Work consisted of all types of rig work from roughnecking to
drilling.  Worked on various new rigs.  Worked on both offshore and
onshore locations.  Worked offshore Louisiana and Texas.  Worked
onshore in North Louisiana, South Alabama and North East
Florida.  Worked in normal and abnormal pressured environments
and H2S environments.

Summers /
Holidays
1968 - 1970:

Chevron Oil Company -  Gulf of Mexico
Worked as a contract production hand on offshore
production platforms and bay facilities.

| DATE | CASE STYLE | CASE NUMBER | COURT | TRIAL / DEPOSITION |
|------|-----------|-------------|-------|--------------------|
| Jan-00 | PANACO / GULF SOUTH | CA # 97-0491 / C/W 97-1298 | USDC EASTERN DIST. | TRIAL |
| Jan-00 | JESSE CALHOUN / RELIANCE / HUNT | 5:98CV0089 | USDC WESTERN DIST. | TRIAL |
| Jan-00 | SIMONEAUX / AMOCO | #23,925 / #24,358 /#24,023 | DIVISION "D" | TRIAL |
| Feb-00 | SAVELL / ROSS HILL CONTROLS | 98-0094 | | DEPOSITION |
| Mar-00 | HOUSTON EXPLORATION VS HALCO | USDC #98-1302 "J" | | TRIAL |
| Mar-00 | TOTAL MINATOME / SUNDOWNER | CV 98-2291 "J" | USDC EASTERN DIST. | DEPOSITION |
| Apr-00 | STONE PETROLEUM / CINCO PIPE | 97-9059 | L - O | TRIAL |
| May-00 | CORBELL / IOWA PRODUCTION | 92-2568 | 14TH JDC CALCASIEU | TRIAL |
| Jun-00 | SKIPPER / CITRONELLE | CV #-06-001989 | CIRCUIT COURT FOR MOBILE COUNTY, AL | DEPOSITION |
| Jun-00 | BOUDREAUX / EQUITABLE STORAGE | 99-1572 | USDC WESTERN DIST. | DEPOSITION |
| Jun-00 | LITTLETON / TRANSOCEAN | 2346 | | DEPOSITION |
| Jun-00 | BLACKLEDGE / SENECA RESOURCES | G-99-228 | USDC SOUTHERN DIST. OF TEXAS, GALVESTON | DEPOSITION |
| Sep-00 | CHADDICK / HALLIBURTON | CV97-1223 | USDC -WDLA OPELOUSAS | DEPOSITION |
| Sep-00 | BENAVIDES / SWIFT ENERGY | #M-98-0013-CV-B | 156TH JDC OF MCMULLEN COUNTY TEXAS | DEPOSITION |
| Oct-00 | DAWSON / SANTE FE | #3.99VCI635-R | USDC NORTHERN DIST. OF TEXAS, DALLAS | TRIAL |
| Nov-00 | ENERGY DRLG. / MILLER EXPL. | 99-0802 | USDC, WDLA - ALEX. DIV | DEPOSITION |
| Nov-00 | GUIDRY / DIAMOND OFFSHORE | D-159,548 | DIST. COURT OF JEFFERSON COUNTY, TEXAS 136TH | TRIAL |
| DATE | CASE STYLE | CASE NUMBER | COURT | TRIAL / DEPOSITION |
| Feb-01 | CAUDELL / HALLIBURTON | G-99-789 | USDC SOUTHERN DIST. OF TEXAS, GALVESTON | TRIAL |
| Mar-01 | AMOCO / IMC EXPLORATION | 94-64486-C | 15TH JDC VERMILION PH | DEPOSITION |
| Apr-01 | AYCOCK / ENSCO | 00982046  DIVISION C | 15TH JDC LA, LAFAYETTE | TRIAL |
| Apr-01 | REELED TUBING | | | DEPOSITION |
| Apr-01 | RICHARDSON / ROWAN | DOCKET 101,836B | 16TH JDC , ST. MARY PH | TRIAL |
| May-01 | SONAT | | | DEPOSITION |
| May-01 | ROMERO | 00-1718-L-O | USDC -WDLA | DEPOSITION |

| DATE | CASE STYLE | CASE NUMBER | COURT | TRIAL / DEPOSITION |
|------|-----------|-------------|-------|--------------------|
| Jun-01 | BASIN / BJ SERVICES | 99-958-C-M1 | USDC, MDLA | DEPOSITION |
| Jul-01 | BENTLY SIMOLNSON / CLAWSON PET. | CIV187300 | VCSC | TRIAL |
| Aug-01 | BERNARD / GENERAL SECURITY | DOCKET 85521 | 17JDC, LAFOURCHE PH | DEPOSITION |
| Aug-01 | HAZELWOOD FARM INC / IPC LIBERTY | 97-C-0602-A | 27TH JDC ST. LANDRY PH | TRIAL |
| Sep-01 | COMMONWEALTH / HALLIBURTON | DOCKET 199878 "C" | 16 JDC ST. MARY PH | DEPOSITION |
| Oct-01 | DALEY / DIAMOND | 00-3775 SECTION "R" (4) | USDC C/A | DEPOSITION |
| Nov-01 | CHILES / SANDRUS GUIDRY, JR. | 6:CV1747 / CV01-0148 | USDC, WDLA - OPELOUSAS | DEPOSITION |

| DATE | CASE STYLE | CASE NUMBER | COURT | TRIAL / DEPOSITION |
|------|-----------|-------------|-------|--------------------|
| Jan-02 | LAYTON / KEY / VILLARREAL | D0911-CV2000-0005-D | STATE OF NEW MEXICO COUNTY OF ROOSEVELT NINTH JD | TRIAL |
| Feb-02 | BURNS / DODSON-TYE MACHINE | CV-00-269351 | USDC OF LA - SHREVEPORT | TRIAL |
| Mar-02 | SMITH / GLOBAL | CA NO. 6:01CV0143 | USDC WD OF LA LAFAYETTE - OPELOUSAS | DEPOSITION |
| Mar-02 | ROWAN / AMOCO | | USDC OF HOUSOTN TEXAS | DEPOSITION |
| Apr-02 | CLEERE DRLG. / DOMINION EXPL. | 6-01 CV032C | USDC FOR THE NORTHERN DIST. OF TEXAS SAN ANGELO | TRIAL |
| May-02 | ATWOOD / FOREST OIL | CA NO. H-00-3996 | USDC SOUTHERN DIST. OF TEXAS  HOUSTON | DEPOSITION |
| May-02 | TRIGGS / R & B FALCON | CASE # 01-1754 "C" (4) | USDC EASTERN DISTRICT | TRIAL |
| Jun-02 | FIRESIDE O&G / ANADARKO | CA NO. 01-1639 | USDC WESTERN DISTRICT | DEPO |
| Jul-02 | MONROE / R&B FALCON | CA NO. 00-726 | USDC SOUTHERN DISTRICT OF TEXAS - HOUSTON | TRIAL |
| Sep-02 | DOZIER / TRANSOCEAN | DOCKET #104844 DIV "D" | 16TH JDC  ST. MARY | TRIAL |
| Oct-02 | POSEIDON / TRANSOCEAN | CA#00-0760 CW00-2154 | USDC  EASTERN DIST | DEPOSITION |
| Oct-02 | JONES / ECI LOUISIANA | CA#CV01-2566 L-O | USDC WD OF LA | DEPOSITION |
| Dec-02 | OGDEN / WESTERN ATLAS | #61,226 | 75TH JDC OF LIBERTY CTY | TRIAL |
| Dec-02 | MEADOR / DIAMOND OFFSHORE | 20001155 DIV L | 15TH JDC | DEPOSITION |

| DATE | CASE STYLE | CASE NUMBER | COURT | TRIAL / DEPOSITION |
|------|-----------|-------------|-------|--------------------|
| Jan-03 | TEXACO / AMCLYDE | CA NO: 99-3623 C/W 99-3646 C/W, 00-0813 | USDC EASTERN DIST | DEPOSITION |
| Apr-03 | BARNES / DIAMOND OFFSHORE | NO 02-0247 | USDC - EASTERN DIST OF LA | TRIAL |
| Apr-03 | ZURICH / AVIARA ENERGY | NO. 2001-31305 | DIST COURT OF HARRIS CTY TEXAS  55TH JD | DEPOSITION |
| May-03 | HALL / DIAMOND OFFSHORE | NO. 2001-64769 | DIST COURT HARRIS CTY TEXAS 215TH J.D. | TRIAL |
| Jun-03 | HOMER WOOD / AXIS ENERGY | DOCKET NO. 10-14779 | 38TH JDC CAMERON PH, LA | TRIAL DEPO |
| Jul-03 | ANDERSON / ENSCO | CA  NO. 2:02CV79P0 | USDC SOUTHERN DIST OF MISS. HATTIESBURG DIV | TRIAL |
| Jul-03 | ARREDONDO / UTI DRILLING | CA  NO. 2001-01808 | 16 JD OF HARRIS CTY, TX | DEPOSITION |
| Jul-03 | INTCO / CHEVRON / TEXAO | CA NO. 02-CV-2566 DIV4 | USDCV EASTERN DIST OF LA | DEPOSITION |
| Sep-03 | BROUSSARD / AVIARA | CV-99-2199-L-O | USDC WESTERN DIST OF LA LAFAYETTE - OPELOUSAS | DEPOSITION |
| Sep-03 | NABORS / TRI-UNION | CA NO. 01-3356 | | |
| Nov-03 | GUICHARD / ADVANCE OIL | DOCKET NO. 77775 | 5TH JDC, ACADIA PH STATE OF LA | DEPOSITION |
| Nov-03 | ANDERSON OIL / BAKER HUGHES | CA NO. 02-0025 A | USDC WD OF LA, ALEXANDRIA | DEPOSITION |
| Dec-03 | CHARLES HOLSTON / NUEX OPERATING | 97936 D C/W 99863-D | 16TH JDC PARISH OF IBERIA | DEPOSITION |

# NORTHSTAR EXPLORATION COMPANY
### A Registered Professional Engineering Firm
### P.O. BOX 5-A
### LAFAYETTE, LA 70505
### (337) 233-0830 – Fax (337) 233-9772

# FEE SCHEDULE
### (EFFECTIVE JANUARY 1, 2004)

## CALVIN BARNHILL - $265 PER HOUR

## STAFF ENGINEERS - $165 PER HOUR

## PROFESSIONAL PERSONNEL - $165 PER HOUR

## TECHNICIANS - $90 PER HOUR

## OFFICE STAFF - $90 PER HOUR

## THIRD PARTY PERSONNEL - BILLED AT THEIR RATE PLUS 20%

## $.60 PER MILE

## ALL OUT OF POCKET EXPENSES



Exhibit "B"

# DONNA JOHNSON, M.Ed., C.R.C., L.P.C.
## Vocational & Disability Consultant

Mailing Address
P. O. Box 270790
Corpus Christi,
Texas 78427-0790

(361) 883-7384
FAX # (361) 888-6475
801 Lipan
Corpus Christi,
Texas 78401

February 26, 2004

RE:  JOSE LUIS AGUIRRE
SS#: 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
DOB: 04/21/74
DOI: 04/23/01

## VOCATIONAL ASSESSMENT

## Introduction:

The above referenced file was referred by attorney, Frank L. McNiff, Jr., for review and opinions regarding Mr. Aguirre's employability.

The following documents were provided for review. These records have been studied and are the factual basis for the vocational opinions offered at this time.

1)  Depositions of Jose Luis Aguirre, 1/8/04 and 1/22/04,

2)  Longshore and Harbor Worker's Compensation lien file,

3)  Plaintiff's First Amended Original Complaint,

4)  Plaintiff's Rule 26 Initial Disclosures,

5)  Defendant, Pioneer Natural Resources USA, Inc.'s Initial Disclosures,

6)  Defendant, Neches-Gulf Ship Services, Inc.'s Initial Disclosures,

7)  Plaintiff's Rule 26[a][1] Initial Disclosures,

8)  Plaintiff's Responses to Defendant Pioneer Natural Resources USA, Inc.'s First Set of Interrogatories;,

9)  Plaintiff's Responses to Defendant Pioneer Natural Resources USA, Inc.'s Requests for Production,

10)  Personnel-Payroll records from AFC Enterprises, Inc.,

11)  Personnel-Payroll records from Basic Industries of South Texas,

JOSE LUIS AGUIRRE
Vocational Assessment
February 26, 2004
Page 2

12) Personnel-Payroll records from Cypress Bayou Industrial Painting,

1ᕱ) Personnel-Payroll records from Protherm Services Group,

14) Personnel-Payroll records from Sunland Construction, Inc.,

15) Medical-billing records from Brownsville Medical Center,

16) Medical-billing records from Brownsville Rehabilitation Services,

17) Medical-billing records from Citizens Medical Center,

18) Medical-billing records from Dr. Helson Pacheco-Serrant,

19) Medical-billing records from Dr. Rufino Gonzalez,

20) Medical-billing records from Dr. Christopher E. Olson,

21) Medical-billing records from Dr. Robert E. Whitsell,

22) Medical-billing records from Rio Grande Valley Imaging & Diagnostic,

23) Medical-billing records from South Texas Cost Containment, Inc.,

24) Billing records from Radiology Associates Northside,

25) Medical records from Valley Regional Medical Center , and

26) Medical records from Valley Comprehensive Pain Management

## Medical:

A review of the available medical records reveals that Mr. Aguirre was reportedly involved in a work-related accident on April 23, 2001. He was taken by helicopter to Citizens Memorial Hospital in Victoria, Texas and treated for a laceration to his face near the right eye. He was instructed to return in five days for suture removal.

On April 26, 2001, Mr. Aguirre returned to the emergency room at Citizens Memorial Hospital complaining of pain in his right hip and was evaluated by Bain C. Cate, M.D. X-rays of the pelvis were

JOSE LUIS AGUIRRE
Vocational Assessment
February 26, 2004
Page 3

negative with no acute fracture noted. He was advised to rest and remain off work until May 1, 2001.

Mr. Aguirre was evaluated by Dr. Brusenhan at South Texas Cost Containment on April 27, 2001 for complaints of pain in the right hip when walking. Dr. Brusenhan took x-rays and performed physical therapy modalities. His impression was muscular strain, abrasion to the face, and contusion to the pelvis. He released Mr. Aguirre to return to full duty work as of April 30, 2001, and recommended further evaluation by Dr. Gonzalez.

On April 27, 2001, Mr. Aguirre was evaluated by Rufino H. Gonzalez, M.D. for complaints of hip pain. Dr. Gonzalez' impression was (1) contusion to the face with sutured lacerations, and (2) muscle strain, right hip. Dr. Gonzalez recommended observation.

On May 14, 2001, Mr. Aguirre was seen in the emergency room at Valley Regional Medical Center in Brownsville for complaints of low back pain. He was diagnosed with a right inguinal strain and lumbar strain, administered an injection of Toradol, and advised to follow-up with an orthopedic surgeon.

Mr. Aguirre was evaluated on May 16, 2001 by orthopedic surgeon Oliver Achleitner, M.D. Dr. Achleitner's impression was sprain of the lower back, and sprain of the quadriceps and anterior thigh muscles. He recommended physical therapy and prescribed ibuprofen compound cream and Celebrex. He advised Mr. Aguirre to remain off work for two weeks.

Mr. Aguirre was evaluated for a course of physical therapy at Brownsville Rehabilitation Services on May 18, 2001, and participated in three weeks of therapy until June 8, 2001. It was noted that he made slow progress but was motivated and compliant.

In follow-up with Dr. Achleitner on June 1, 2001, Mr. Aguirre continued to complain of pain in his right SI joint and lumbar spine. Dr. Achleitner advised Mr. Aguirre continue with therapy, provided a prescription for a home TENS unit, and recommended an MRI of the lumbar spine.

Mr. Aguirre underwent an MRI of the lumbar spine on June 5, 2001 that revealed (1) L5-S1 minimal spondylosis and disc desiccation, (2) L5-S1 grade I anterior spondylolisthesis, (3) L5-S1 posterior disc protrusion, and (4) L5-S1 bilateral neural foraminal stenosis.

On June 15, 2001, Dr. Achleitner advised Mr. Aguirre to continue with the home TENS unit, and referred him for a neurosurgical evaluation.

JOSE LUIS AGUIRRE
Vocational Assessment
February 26, 2004
Page 4


On August 15, 2001, Mr. Aguirre was evaluated by neurosurgeon Helson Pacheco-Serrant, M.D. for complaints of chronic low back pain and right hip pain. Dr. Pacheco-Serrant's impression was L5-S1 lumbar intervertebral disc/severe back pain. He referred Mr. Aguirre for pain management and prescribed Celebrex, Ultram, and Robaxin.

Mr. Aguirre returned to Dr. Gonzalez on August 20, 2001, reporting that he had returned to light duty work, but developed pain in the lower back. He reported that he continued to feel pain and a sensation of popping in the gluteal region and the sacroiliac area. Dr. Gonzalez' examination did not reveal any limitations in motion of the spine, when checking rotation and lateral bending. He had a full range of motion in his hips, but some pain in the right sacroiliac area, and tenderness over the anterior aspect of the pelvis at the level of the ileum. Dr. Gonzalez' impression was strain, right hip and pelvic area, rule out sacroiliac dysfunction. He recommended a CT scan of the pelvis, and to check the right hip joint, and right sacroiliac joint. Further treatment could include an injection to the right sacroiliac joint.

On October 17, 2001, Mr. Aguirre was evaluated by Donald L. Kramer, M.D. at Valley Comprehensive Pain Management Center for low back and right hip pain. The doctor noted that Mr. Aguirre had been working painting the inside of houses. Dr. Kramer's diagnosis was lumbosacral strain, and he recommended injections to the lumbar facet joints and sacroiliac joint.

In follow-up with Dr. Kramer on November 14, 2001, Mr. Aguirre reported only about a day of relief with each lumbar facet block. Dr. Kramer recommended that he continue with physical therapy, and undergo diagnostic lumbar median branch blocks. He also provided a prescription for Vicodin.

On November 16, 2001, Mr. Aguirre started another course of physical therapy at Brownsville Rehabilitation Services and continued until December 13, 2001.

Mr. Aguirre returned to Dr. Kramer on December 19, 2001, reporting that he had no significant back pain and was ready to return to work without restrictions. Dr. Kramer recommended a cortisone injection to the right anterior iliac spine where there was some tenderness, and noted that Mr. Aguirre was relatively stable. Mr. Aguirre planned to look for employment.

On January 9, 2002, Mr. Aguirre returned to Dr. Kramer reporting pain in the right ilioinguinal area. He was administered an ilioinguinal nerve block and asked to remain off work for one week.

JOSE LUIS AGUIRRE
Vocational Assessment
February 26, 2004
Page 5


Dr. Kramer noted on January 16, 2002 that Mr. Aguirre had continued
low back pain and pain at the right anterior-superior iliac crest
that had not been relieved by the recent injection. He planned to
perform a percutaneous facet neurectomy, and noted that Mr. Aguirre
was having problems with self esteem, anxiety and anger management.
Dr. Kramer planned a psychological referral.

In follow-up with Dr. Pacheco-Serrant on January 31, 2002, Mr.
Aguirre continued with reports of severe low back pain and right
leg pain. Dr. Pacheco-Serrant recommended that Mr. Aguirre undergo
surgery, an anterior lumbar interbody fusion for a herniated disc
at L5-S1. He ordered EMG/NCV studies and asked Mr. Aguirre to
return following the testing. He also ordered a new set of lumbar
MRI films.

Mr. Aguirre returned to Dr. Kramer advising that he initially had
good results from the percutaneous facet neurectomy but the pain
was returning. Dr. Kramer recommended a weight loss program and the
need to strengthen the stabilizer muscles of the spine. When he
returned on February 20th, he advised Dr. Kramer that he had been
doing a lot of walking as his car was out of service, and he was
experiencing more pain. Dr. Kramer administered trigger point
injections. Mr. Aguirre returned for follow-up on March 6th, March
27th, and April 10, 2002 at which time Dr. Kramer recommended a
discogram at L4-5 and L5-S1 for further diagnostics.

X-rays of the lumbar spine done on April 16, 2002 revealed
bilateral L5 spondylosis with grade I mobile anterolisthesis.

On April 24, 2002, Mr. Aguirre underwent EMG/NCV testing by Robert
A. Lozano, M.D. of the right lower extremity that were normal.

Mr. Aguirre continued to be followed by Dr. Kramer on May 1, 2002,
May 15th, May 29th, June 12th, July 3rd, August 1st, August 22nd, and
September 12, 2002. He received multiple injections, but continued
with pain in his back and right leg. Dr. Kramer referred him to
orthopedic surgeon, Dr. Betancourt for an evaluation.

On October 25, 2002, Mr. Aguirre underwent an independent medical
evaluation (IME) by orthopedic surgeon Robert E. Whitsell, M.D. in
Harlingen for ongoing back and right hip pain. Dr. Whitsell noted
that Mr. Aguirre appeared comfortable during the interview, arose
without hesitation or support, and was not wearing any supporting
device or using any ambulatory aids. His diagnosis was (1) probable
strain to the right hip, and (2) lumbar strain superimposed on pre-
existing spondylolysis and possibly minimal spondylolisthesis at
L5-S1. He was of the opinion that Mr. Aguirre did not need any
further treatment, was not a surgical candidate, and could manage

JOSE LUIS AGUIRRE
Vocational Assessment
February 26, 2004
Page 6

with over-the-counter medications. Dr. Whitsell advised that Mr. Aguirre was capable of light duty work, and felt that heavy work would exacerbate his spondylolisthesis. He believed that Mr. Aguirre had reached maximum medical improvement (MMI) with a 5% impairment rating (IR) of the lumbar spine. It was Dr. Whitsell's opinion that his ongoing back pain was secondary to pre-existing degenerative changes and not caused by the April 23, 2001 injury. Dr. Whitsell's work restrictions included no lifting of more than 20 lbs, and walking, lifting, bending, squatting, climbing, kneeling, twisting, and standing on an intermittent basis.

Mr. Aguirre returned to Dr. Kramer on November 14, 2002, with complaints of back pain, anxiety and depression. Dr. Kramer refilled his medications and asked him to return in three weeks. He returned in follow-up on November 27th, December 23rd, and January 16, 2003.

Mr. Aguirre was evaluated by Christopher E. Olson, M.D. on January 24, 2003 at Los Ebanos Orthopedic Center for low back and right leg pain. Dr. Olson was of the opinion that Mr. Aguirre's current symptoms were more related to a rheumatologic condition of psoriatic arthritis or ankylosing spondylitis than the injury of April 23, 2001. He referred Mr. Aguirre for a CT scan of the pelvis and extensive lab work for a rheumatologic disease.

On January 24, 2003, Mr. Aguirre underwent lab testing at the Brownsville Medical Center for possible psoriatic arthropathy.

On January 30, 2003, Dr. Olson advised that the CT scan was completely normal in appearance, and he was still awaiting serology reports.

On February 14, 2003, Dr. Olson advised that Mr. Aguirre's test results did not reveal any psoriatic spondylitis condition, rheumatologically or immunologically based biologic condition that explained his low back and right leg pain. He was of the opinion that Mr. Aguirre's back pain was probably due to spondylolysis at the L5 level, and recommended a bone scan.

On February 20, 2003, Mr. Aguirre returned to Dr. Kramer advising that he continues with back pain that radiates to his hips. He reported he stayed home all day and watched television, and although encouraged by Dr. Kramer to do job training, he was unwilling to do so. Dr. Kramer noted that Mr. Aguirre had a good range of motion in his back, with no neurologic defect, and no muscle spasm. His impression was resolve lumbar facet. He refilled Mr. Aguirre's prescription for Celebrex, but would not provide further narcotics as he felt that Mr. Aguirre was not motivated to return to work.

JOSE LUIS AGUIRRE
Vocational Assessment
February 26, 2004
Page 7

A limited bone scan of the hips and lower lumbar area done on
February 21, 2003 was normal.

On April 4, 2003, Dr. Olson advised that Mr. Aguirre had chronic
mechanical low back pain and degenerative disease at the L5-S1 disc
level with spondylosis, unrelated to his work injury of April 23,
2001. He agreed with Dr. Whitsell's IR and recommendation that Mr.
Aguirre return to work at the light duty level with some
restrictions. Dr. Olson recommended a return to work for Mr.
Aguirre with the restrictions of no lifting over 50 lbs on an
intermittent basis and squatting, twisting, bending, and lifting on
an intermittent basis.

Personal/Social/Educational:

Jose Luis Aguirre is twenty-nine years old, married, and the father
of three children. He lives with his family in Olmito, Texas. He is
5'4" tall and weighs 190 lbs. He attended Port Isabel High School
through the 10th grade. He has had two DWI's, was arrested in 2002
for assaulting his wife, and was arrested in 1997 for
transportation of illegal aliens.

Work History:

Mr. Aguirre worked for Basic Industries of South Texas as a painter
and sandblaster from February 25, 2003 to April 24, 2003 and earned
$12.00 per hour. Other employment includes work for Sunland
Construction from April 9, 2001 to May 10, 2001 as a
sandblaster/painter; Protherm Services Group as a painter from
January 28, 2001 to March 25, 2001; Cypress Bayou Industrial
Printing from September 17, 2000 to December 3, 2000; AFC
Enterprises Inc. from April 23, 2000 to September 17, 2000 as a
cook at Church's Fried Chicken; Hop & Shop as a clerk for eight
months; Foam Co for three months as a sandblaster helper; and
Circle K as a salesperson/stocker/clerk for one year. He also
reported work as a shrimper for a time.

Findings/Opinions:

Mr. Aguirre has been released for a return to work by his
physicians. One doctor recommended medium work restrictions and
another doctor recommended light work restrictions. From a
vocational standpoint his criminal record will limit his job
options.

Since the accident of April 23, 2001, Mr. Aguirre has worked as a
painter and sandblaster. Both of those jobs are medium to heavy in
exertion and not physically within the doctors recommendations
regarding work activity.

JOSE LUIS AGUIRRE
Vocational Assessment
February 26, 2004
Page 8

Mr. Aguirre advised in his deposition that he had been working on his GED in the past but had not yet finalized the procedure. Mr. Aguirre should be encouraged to return to the pursuit of his GED as that would likely be attainable. A GED would enhance his employment options and earning capacity. As he is a younger worker, the GED would also prepare him for additional training opportunities and development of new skills. He would likely qualify for services from the Texas Rehabilitation Commission and would benefit from their services.

Mr. Aguirre has the capacity to work and should be encouraged to become more vocationally productive. Jobs which Mr. Aguirre would qualify for based on his vocational profile and restrictions would offer wages in the range of $7.00 to $10.00 per hour in the Brownsville area.

Please consider this a preliminary report. I would appreciate the opportunity to interview Mr. Aguirre to gather additional background information regarding his education, work experiences, interests, and current medical condition. As additional information becomes available, I will update my report accordingly

Respectfully submitted,

Donna Johnson, M.Ed., CRC, LPC, CCM, CDMS
Rehabilitation Counselor

DJ/sj

# DONNA JOHNSON, M.Ed., C.R.C., L.P.C.
### Vocational & Disability Consultant

Mailing Address                                                    (361) 883-7384
P. O. Box 270790                                          FAX # (361) 888-6475
Corpus Christi,                                                        801 Lipan
Texas 78427-0790                                               Corpus Christi,
                                                                    Texas 78401

                              February 26, 2004


        Mr. Frank L. McNiff, Jr.
        WELDER, LESHIN & MAHAFFEY, LLP
        800 North Shoreline Blvd., Suite 300 North
        Corpus Christi, Texas 78401

                RE:  Civil Action No. B-03-078; Jose Luis Aguirre v. Pioneer
                     Natural Resources USA, Inc. and Neches-Gulf Ship
                     Services, Inc.; In the United States District Court,
                     Southern District of Texas, Brownsville Division

        Dear Mr. McNiff:

        My current rates are $275.00 per hour. This rate applies to my
        professional services which may include review of documents,
        meetings, vocational assessment, and preparation for and attendance
        at deposition and trial.   Additionally, other expenses will be
        billed at cost, which may include long distance telephone charges,
        express mail, and travel expenses if necessary.

        Attached please find a copy of my current Curriculum Vitae and a
        list of cases in which I have provided trial and/or deposition
        testimony. If there is any other information you require, please
        feel free to contact me.


                         Respectfully submitted,


                         Donna Johnson, M.Ed., CRC, LPC, CCM, CDMS
                         Rehabilitation Counselor


        DJ/sj

# DONNA JOHNSON

801 Lipan, P.O. Box 270790
Corpus Christi, Texas 78427-0790
Phone: (361) 883-7384
Fax:   (361) 888-6475

## LICENSES & CERTIFICATIONS:

Licensed Professional Counselor - Rehabilitation

Certified Rehabilitation Counselor

Certified Case Manager

Certified Department of Labor Rehabilitation Counselor

Certified Disability Management Specialist

Vocational Expert; Social Security Administration, Bureau of Hearings & Appeals

## CURRENT EMPLOYMENT ACTIVITIES:

Private vocational and rehabilitation counselor, consultant, and case manager; February, 1982 to present.

> Assessment of residual vocational capabilities, earning capacity and psychological aspects of disability; evaluation of rehabilitation potential; development and implementation of plans of care; and courtroom testimony in areas of effects of injury on vocational functioning.

Department of Labor, office of Workers' Compensation Rehabilitation Program for Southwest Region; August, 1984 to present.

> Private rehabilitation counselor and consultant for Department of Labor. Vocational evaluation and assessment of work potential including analysis of medical information; planning and monitoring of vocational rehabilitation and job placement for recipients of Federal Workers' Compensation benefits.

Social Security Administration--Office of Hearings and Appeals; September, 1981 to present.

> Vocational expert. Vocational evaluation, including review and analysis of claimant's work history, job skills, physical conditions and transferable vocational skills as they pertain to definitions and standards set by Social Security Administration; includes courtroom testimony.

Donna Johnson                                            Page 2

## CURRENT EMPLOYMENT ACTIVITIES:

Department of Human Services, Community Living Assistance and Support Services; February 1995 to present.

Case Manager. Evaluating and developing plans of care, monitoring, providing crisis intervention, coordinating community resources, and implementing plan services. Coordinating overall management of plan of care.

## PREVIOUS EMPLOYMENT:

Professional Consultant to South Texas Area Rehabilitation Comprehensive Day Center, Corpus Christi, Texas; January, 1987 to November, 1988

Texas Rehabilitation Commission, Corpus Christi, Texas; November, 1974 through May, 1985

Senior-Supervising Counselor. Emphasis placed on services to mentally and physically disabled clients; including vocational evaluation, assessment of work potential, planning, counseling and monitoring of vocational rehabilitation programs for treatment; training and job placement.

Goodwill Industries, San Antonio, Texas; July, 1972 through November, 1974

Vocational evaluator/work adjustment coordinator. Job description included vocational counseling for multiply handicapped individuals; job placement and job training of clients into the labor market and sheltered settings, vocational evaluation and individualized program planning for clients. Performed comprehensive vocational evaluation for Texas Rehabilitation Commission-- Disability Determination Division.

Austin State School, Austin, Texas; July, 1970 through June, 1972

Vocational counselor and job placement specialist. Emphasis placed on counseling, utilizing behavior modification techniques; job placement of State School residents, development of job sites in the community.

Donna Johnson                                    Page 3

## FDUCATIONAL BACKGROUND:

Postgraduate, North Texas State University, Denton, Texas and Corpus Christi State University, Corpus Christi, Texas; 1988-1989

Masters of Education (M.Ed.) in Rehabilitation Counseling, Our Lady of the Lake College, San Antonio, Texas. (May, 1975). Masters program included nine-week practicum at Woodrow Wilson Rehabilitation Center in Fisherville, Virginia, with special emphasis on analysis of medical records and identification of medically imposed functional restrictions as they relate to rehabilitation and job placement.

Bachelors of Arts Degree, major in sociology, Southwest Texas State University, San Marcos, Texas (May, 1970).

Associate of Arts, Del Mar College, Corpus Christi, Texas (May, 1968).

## HONORS & SPECIAL APPOINTMENTS:

Professional Consultant to Southside Community Hospital Physical Therapy and Rehabilitation Services Workhealth Services, Corpus Christi, Texas; 1991

YWCA nominee for outstanding achievement - Women and Men in Careers, 1989

Counselor of the Year, United States (1986); National Rehabilitation Counseling Association

Southwest Regional Counselor of the Year (1986); National Rehabilitation Counseling Association

Counselor of the Year, Texas (1986); Texas Rehabilitation Counseling Association

Recipient of the President's Meritorious Service Award (1986); Texas Rehabilitation Association

Outstanding Counselor of the Year, Texas (1979); Texas Rehabilitation Counseling Association

Donna Johnson                                    **Page 4**

**HONORS & SPECIAL APPOINTMENTS:**

> Recognition Award for outstanding services to the Texas
> Rehabilitation Counseling Association (1981)
>
> Special Merit Award from Commissioner of Texas Rehabilitation
> Commission for highest number of successful rehabilitation
> closures in Region 5, South Texas (September, 1984)
>
> Certificate of Appreciation for Outstanding Rehabilitation
> Services from the Career & Guidance Center, Austin, Texas,
> April, 1984 (one of three certificates presented in past 25
> years)
>
> Consultant to Charter Hospital and Bayview Hospital, 1987 to
> 1999

**PROFESSIONAL ASSOCIATIONS:**

> Texas Rehabilitation Association, member since 1972; member of
> Board of Directors, 1981-1984; Annual Conference Chairperson
> (1986)
>
> National Rehabilitation Association, member since 1972
>
> Texas Rehabilitation Counseling Association, member since
> 1972; Regional Chairperson, 1978-1980; Secretary-Treasurer,
> 1980-1982; Professional Development Chairperson, 1982-1988
>
> National Rehabilitation Counseling Association, member since
> 1972; treasurer of Southwest Region, 1982-1983
>
> Texas Association of Rehabilitation Professionals in the
> Private Sector, member since 1985; Annual Conference
> Chairperson, 1993
>
> National Association of Rehabilitation Professionals in the
> Private Sector, member since 1985
>
> Member of Mental Health Assistant Advisory Board of Del Mar
> College, 1976 to 1988
>
> Member of the Professional Advisory Board of Nueces County
> Mental Health/Mental Retardation, 1979 to 1988

Donna Johnson                                    Page 5


**PROFESSIONAL ASSOCIATIONS:**

Corpus Christi Citizens for the Retarded, member since 1979;
member of the Board of Directors, 1980-1982

Coalition of Texans with Disabilities, member 1981 to present

Texas Head Injury Foundation, member

**Donna O. Johnson**
**Trial/Deposition Testimony**

Cause No. 97-60403-4; Bobbie Gill vs. Robert Slovak; In the County Court at Law No 4; Nueces County, Texas (01/00 depo) Attorney - Nina Stone

Cause No.: M-99-0013-CV-B; Bryan Keith Hanke vs. Tommy D. Haney, Administrator of the Estate of Brian A. Haney, Deceased; In the 156th District Court, McMullen County, Texas (03/00 depo) Attorney - Donald L. Crook

Luz Lozano v. Navy Personnel Command/MWR (DOL client) (3/00 depo) Attorney - Thomas C. Fitzhugh III

Cause No. 96-8-49,608-C; Larry B. Mitchell vs. Modern Floors of Victoria, Inc., et al; In the 267th Judicial District Court, Victoria County, Texas (04/00 depo) Attorney - Bernard Klimist

Cause No. C-98-296; Paul A. Young, Sr. vs Promar, Inc., d/b/a Coastal Production Services, Apache Corporation and Steen Production Services, Inc.; In the United States District Court, Southern District of Texas, Corpus Christi Division (6/99 depo & 04/00 trial) Attorney - Rick Waterhouse

Cause No. 95-06-12920; Benjamin Garcia vs. Union Carbide Corporation; In the 24th Judicial Court of Calhoun County, Texas (04/00 depo) Attorney - Patricia Hayden

Ricky Nelson (former DOL client) (04/00 depo) Attorney - Michael D. Murphy

Cause No. 99-CVE-00020-D2; Eva Pena Gonzalez, Juanita Reyna, Rodolfo Gonzalez, Jr., Susan Maria Calatayred, and Rolando Gonzalez vs. DLM Construction, Inc., and Julio Cesar Briones; In the 111th Judicial District, Webb County, Texas (trial 05/00) Attorney - Patricia Alvarez

Rachel Flores, Individually and As Next Friend of David Flores Jr., Veronica Flores, Raquel Flores, and Felipe Flores, Minor Children vs Garrett Construction Co.; In the 347th Judicial District Court of Nueces County, Texas (05/00 depo) Attorney - Marc Wojciechowski

Cause No. 9906029; Jennifer Smets v. Jose Roberto Ferrer and Austin Car Wash d/b/a Doc Holliday's Car Wash; In the 201st Judicial District Court of Travis County, Texas (06/00 depo) Attorney - David Wright

Cause No. 99-60690-1; John Trevino vs. Gregorio Alonzo, Jr. and Wholesalers, Inc.; In the County Court at Law No. 1; Nueces County, Texas (05/00 depo) Attorney - David Burkett

**Page 2**

Cause No. 98-10-00271CVF; Luis A. Ventura and Noemi Ventura vs. Prism Trucking Inc., Rodney Clark and Paul Michael Erdner, Jointly and Severally; In the 81st Judicial District, Frio County, Texas (05/00 depo) Attorney - Thomas Crosley

Cause No. 99-4707; Michael Nicholas Hernandez et al v. Balfour Beatty Construction, Inc., et al; In the 193rd Judicial District Court, Dallas County, Texas (06/00 depo, 07/00 trial) Attorney - Pat Madden/Brad Kizzia

Roy Rivera vs. Herndon Marine Products, Inc., and the M/V "Gulf King 42" (07/00 trial) Attorney - Dan Pipitone/Rick Waterhouse

Cause No. 96-CV-213; Bobby Williams vs. Valley Systems of Ohio, Inc., et al; In the County Court of Law No. 1 of Calhoun County, Texas (07/00 depo, 08/00 trial) Attorney - Mike Johnson

Cause No. 97-CI-13815; Walter Stoneham and Dorothy Stoneham vs. NationsBank of Texas, N.A., Mutual Life Insurance Company of New York and Alamo Federal Credit Union (07/00 depo) Attorney - Ray Pérez

Cause No. 15,113; Sylvia Castaneda and Robert Castaneda v. Joe Taylor Stone and General Motors Corporation; In the 229th Judicial District Court of Duval County, Texas (07/00 depo) Attorney - Kathryn Snapka

Lendy Bartlett and Linda Bartlett vs. Mastercraft Boat Company and Billy Parker d/b/a Billy's Boat Ramp Texas; In the 181st Judicial District Court, Potter County, Texas (08/00 depo) Attorney - Ann Megee

Cause No. 99-3-53,224-B; Eva Gutierrez vs. Clyde Walrod, M.D., Emcare Physician's Network Inc. and Emcare, Inc; In the 135th Judicial District Court, Victoria County, Texas (08/00 depo) Attorney - Rosemary Williams

Cause No. M-98-0013-CVB; Jorge Luis Benavidez, et al. vs. Swift Energy Co.; In the 156th Judicial District Court, McMullen County, Texas (09/00 depo) Richard Mylnek

Cause No. 99-10-54,066-B; Elizabeth Gerold vs. Hygeia Dairy Company, et al; In the 135th Judicial District Court, Victoria County, Texas (09/00 depo) Attorney - Moises Hernandez

Cause No. 99-CI-08141; In the Matter of the Marriage of Patricia Lynette Saunders and John Frederick Saunders; In the 73rd Judicial District Court of Bexar County, Texas (11/00 depo) - Attorney Richard Orsinger

**Page 3**

Civil Action No. L-99-35; Antonio Gonzalez, et al vs. Ford Motor Company; In the United States District Court, Southern District of Texas, Laredo Division (11/00 depo) Attorney - Paula Wyatt

Cause No. 2000-CVQ 000448 D2; Maria S. Sanchez v Mercy Healthcare System dba Mercy Health Center et al. (01/01 depo) Attorney - Gary Gibson

Cause No. 99CI-00812; Howard Walter Smith vs. W.S. Bellows Construction Corporation Inc; In the 57th Judicial District Court, Bexar County, Texas (02/01 depo and 02/01 trial) Attorney - Buddy Barretto

Civil Action No. G-00-023; Jose Luis Mendez v. King Fisher Marine Service, Inc.; In the United States District Court fo the Southern District of Texas, Galveston Division (02/01 depo) Attorney - Blake Brunkenhoefer

Cause No. 4471; Alonzo Mendoza vs. Halliburton Energy Services, Inc.,; In the 49th Judicial District Court of Zapata County, Texas (02/01 depo) Attorney - Paula Wyatt

Jeremy Wilson, et al vs. Dobson Excavating and Trucking (03/01 Depo) Attorney - Paul Swacina

Cause No. 99-1798-H; Hank Altenburg vs. Western Steel Company; In the 347th Judicial District Court, Nueces County, Texas (03/01 depo) Attorney - William Tinning

Cause No. 98-6-52,133-A; Anthony Robert Tidrick vs. Ralph Castillo Hawkins, Doug Coston, Individually, and d/b/a Magnet Construction Co.; In the 24th Judicial District Court, Victoria County (04/01 trial) Attorney - Chris Rodriguez

Cause No. 99-12-38151-CV; Jenny Pope Cornwell v. Schwan's Sales Enterprises, Inc., and Baldemar Benavides; In the 79th Judicial District Court, Jim Wells County, Texas (04/01 depo and trial) Attorney - Monte Hurst

Cause No. GN000513; Sharon Garza, et al. v. Emilio M. Torres, M.D., et al.; In the 345th Judicial District Court, Travis County, Texas (04/01 depo) Attorney - Rob Hargett

Cause No. 2000-CI-02156; Blaine and Kathleen Bachus, on behalf of Briana Bachus v Benson Ingram Park Mazda, et. al.; In the 45th Judicial District Court, Bexar County, Texas (05/01 depo) Attorney - Lewin Plunkett

**Page 4**

Eleasar Valdez Jr. vs. Rockwell Construction Corporation of Texas; and International Precast & Steel Erectors, Inc.; Home Depot USA Inc and The Home Depot In Its Assumed Name or Common Name; In the County Court at Law No. 1; Nueces County, Texas (05/01 depo) Attorney – T. Christopher Pinedo

Cause No. 2000-26931; David Beckham and Ray Beckham v. Design Electric, Inc.; In the 234th Judicial District Court, Harris County, Texas (05/01 depo) Attorney – Keith Coulter

Cause No. 99-5816-F; Jerry D. Perea v. Coastal Refining and Marketing, et al.; In the 214th Judicial District Court, Nueces County, Texas (05/01 depo) Attorney – Robert J. Hegland

Cause No. 99-5853-E; David A. Tipton v. Coastal Refining and Marketing, et al; In the 148th Judicial District Court, Nueces County, Texas (05/01 depo) Attorney – Roberta J. Hegland

Cause No. 2000-08-3598-A; Mario Gonzalez Sr., et al. vs. Bridgestone/Firestone, Inc., Ford Motor Company and Tipton Motors, Inc.; In the 107th Judicial District Court, Cameron County, Texas (06/01 depo) Attorney – Robert Wyatt

Cause No. 5920-D; Helen Pauline Sansom vs. Hendrick Health Network, L.L.C., et al.; In the District Court of Taylor County, Texas (07/01 depo) Attorney – Steve Gibbins

Cause No. 99-18890; Robert G. Admire, Jr. vs. H.E. Butt Grocery Company; In the 127th Judicial District Court, Harris County, Texas (Trial 09/01) Attorney – Marc Wojciechowski

Cause No. 239-7; James Dicks vs. Paul Samuel Goldberg, Pacific Motor Transport Company d/b/a Pacer and Gary Dicks; In the 115th Judicial District Court, Upshur County, Texas (10/01 trial) Attorney – Monte Hurst

Cause No. 2000-CI-01752; Joy Veron v. General Motors Corp & Gunn Chevrolet, Inc.; In the 45th Judicial District Court, Bexar County, Texas (10/01 depo) Attorney – Kevin Young

Cause No. 97-1585-A; Daniel Reyes, Jr. vs. Incarnate Word Health System, Spohn Investment Corporation and Spohn Hospital d/b/a Spohn Health System Corporation; In the 28th Judicial District Court, Nueces County, Texas (04/00 depo) (10/01 trial) Attorney – Al Soliz

Cause No. 11,521; Darrell Koehn and Joann Koehn vs. CST Drilling Fluids, Inc., Individually and d/b/a Starvin Marvin, Dawson Production Services, Dawson Production Partners, L.P., Key Energy Group, Inc. f/k/a Dawson Production Services; In the 335th Judicial District court, Lee County, Texas (12/01 trial) Attorney – Ranelle M. Meroney

**Page 5**

Cause No. C-5707-99-B; Leny Judith Galvan Martinez and Samuel Abimad Cervantes, Individually and as Next Friends of Samuel Abimael Cervantes, Jr., a Minor vs. Jose Ramon Lima, Jose Ramon Lima d/b/a Maternidad Cristo Rey Birthing Center; et al; In the 93rd Judicial District Court of Hidalgo County, Texas (01/02 depo, 02/02 trial) Attorney - Doug Lackey/Chad Geisler

Civil Action No. B-00-180; Juan Pequeno vs. City of Brownsville, et al.; In the United States District Court, Southern District, Brownsville Division (02/02 trial) Attorney - Seth Moore/Hugh Touchy

Cause No. 182,808-C; Yolanda Evans, Individually and as next friend of Leo Evans, et. al. v. Bobby Cameron Terry and Inland Sales Company; In the 169th Judicial District Court, Bell County, Texas (02/02 depo) Attorney - Greg Farrell

Case No. V-01-46; Ralph Ramsey, Jr. and Rebecca Ramsey, Individually and as Next Friend of Ralph Ramsey, III v. Playmates Toys Inc. and Wal-Mart Corporation; In the United States District Court for the Southern District of Texas, Victoria Division (02/02 depo) Attorney - William R. Edwards III

Cause No. 99-4892-G; Douglas Schad, et al. v. Kawasaki Heavy Industries, Ltd., et al.; In the 319th Judicial District Court, Nueces County, Texas (04/02 depo) Attorney Finis Cowan

Cause No. DC-01-176, Doris Pena v. Ronnie Marin and SPER Production Equipment Rental, Inc.; In the 229th District Court, Duval County, Texas (06/02 depo) Attorney - Chris Lowrance

Cause No. C-473-01-D; Luciano Islas vs. Central Ready Mix, et al.; In the 206th Judicial District Court, Hidalgo County, Texas (07/02 depo) Attorney - Peter Thaddeus

Cause No. C-249-00-D; Ester V. Gonzalez et al. v. Erwin Mierisch, M.D., et al; In the 206th Judicial District Court, Hidalgo County, Texas (07/02 depo) Attorney - William Garza

Cause No. V-00-116; Amanda L. Liggins v. The County of Victoria, et al; In the United States District Court, Southern District of Texas, Victoria Division (07/02 depo) Attorney - Bernard Klimist

Cause No. 01-01983-F; Roman Benavides, III vs. Eliborio Diaz Individually and D/B/A Welding and Lease Service and Bill H. Pearl Productions, Inc.; In the 214th District Court of Nueces County, Texas (08/02 depo) Attorney - Robert Wyatt

Cause No. 99-04539; Mary Gilbert v. Hartford Underwriters Insurance Company and Mid-Century Insurance Company of Texas; In the 53rd Judicial District Court, Travis County, Texas (08/02 trial) Attorney - Ranelle Meroney

**Page 6**

Cause No. 2001V-015; Jose Luis Toro, Sr., et al v. Scripto-Tokai, Inc. et al; In the 155th Judicial District Court, Fayette County, Texas (08/02 depo) Attorney - Dwayne Day

Cause No. 2000-CI-14702; Janet Jobe, et al v. H. E. Butt Grocery Company and the Estate of Ronald Smola, Deceased; In the 45th Judicial District Court, Bexar County, Texas (09/02 depo) Attorney - Laura Tamez

Cause No. 2001-35629; Arnoldus Op de Weegh vs. Falcon Drilling Co., Inc. and R&B Falcon Corporation; In the 165th Judicial District Court, Harris County, Texas (09/02 & 12/02 depos) Attorney - Dan Pipitone

Cause No. 97-11-17132; Arturo Contreras vs. Javier Contreras, Security Well Service, Inc., King Ranch, Inc., and Exxon Corporation; In the 229th Judicial District Court, Duval County, Texas (09/02 trial) Attorney - Adriana Cardenas

Cause No. 2001-2400; Patrick Francis v Riddell; In the United States District Court, El Paso Division, Texas (10/02 depo) Attorney - Ann Megee

Cause No. GN2 00366; Teddie Wallace v. St. David's Healthcare System d/b/a St. David's Hospital; In the 353rd Judicial District Court, Travis County, Texas (11/02 trial) Attorney - Chad Geisler

Cause No. 2000-60180-393; Daniel E. Smith, et al v. Jill B. Farmar, M.D. et al; In the 393rd Judicial District Court, Denton County, Texas (11/02 & 12/02 depos) Attorney - Joe Coniglio

Cause No. 96-11-7029-A; Serafin Nunez and Paulina Nunez v. Gayle Caldarola; In the 107th Judicial District Court; Cameron County, Texas (11/02 depo) Attorney - James R. Harris

Cause No. 02-2-57,548-B; Albert Durment vs. Pete Rodriguez Cavasos; In the 135th Judicial District Court, Victoria County, Texas (12/02 depo) Attorney - Simon Purnell

Cause No. 348-183019-00; Joshua Pope and Georgianna Feind v. S.R. Smith, Inc., et al; In the 348th Judicial District Court, Tarrant County, Texas (12/02 depo) Attorney - Charles Arnold

No. 01-05-354; Joe Naman Salas, et al v. Cooper Tire & Rubber Company, et al; In the 271st Judicial District Court, Wise County, Texas (01/03 depo) Attorney - Michael Myers

Cause No. 2001-CI-11491; Delfino Castaneda, et al v. Cameron Ashley Building Products; In the 37th Judicial District, Bexar County, Texas (01/03 depo) Attorney - Daniel Sciano

**Page 7**

Cause No. 00-02498-00-0-C; Paula Boyd-Robertson and Kyle Boyd-Robertson, Individually and as Next Friends for their Minor Children Richard Steven Boyd-Robertson and Kayla Marie Boyd-Robertson v. H.E. Butt Grocery Company, First Databank, Inc., Charles Gilleland, and Emergency Services Group; In the 94th Judicial District Court, Nueces County, Texas (01/03 depo) Former DOL client, Attorney - Harold Lotz

Cause No. 01-4053-B; Esperanza Luna vs. David R. Rodriguez, Gary Anthony Vasquez, Brand Scaffold Service, Brand Scaffold Rental & Erection, Inc., Patric A. Crocker, Crocker Transfer & Storage Company, Inc., Allied Van Lines; In the 117th Judicial District Court, Nueces County, Texas (01/03 depo) Attorney - David Burkett

Cause No. 02-04-40305; Nelda Guzman vs. Christus Spohn Health System Corporation d/b/a Christus Spohn Hospital Alice and Kevin Reynolds, L.V.N.; In the 79th Judicial District Court, Jim Wells County, Texas (02/03 depo) Attorney - Joe Flores

Cause No. 2002-02-823-B; Ramona Barrera and David Barrera v. Brownsville - Valley Regional Medical Center; Columbia Valley Healthcare System, L.P.; Valley Regional Medical Center; HCA, Inc.; Richard L. Fremaux, M.D.; and Francis M. Gumbel, M.D.; In the 138th Judicial District Court, Cameron County, Texas (03/03 depo) Attorney - William Gault

Cause No. 2000-CI-12700; George Phillips, et al. vs. O.F. Mossberg & Sons, Inc., et al.; In the 57th Judicial District Court, Bexar County, Texas (03/03 depo) Attorney - Brendan McBride

Cause No. 02-00938-B; Mark Hill, Individually and as Next Friend of Makayla Ashley Hill, and as Representative of and Attorney in Fact for Linda G. Hill v. Darr Equipment Co., Scott Mathew Epps, and Ford Motor Company; In the County Court at Law No. Two, Dallas County, Texas (05/03 depo) Attorney - Travis Gamble

Cause No. GN1-4180; Esmeralda Guerrero Gonzalez and Robert A. Gonzalez v. John Neal Rutledge, M.D. and David Jay Feldman, M.D.; In the 250th Judicial District Court, Travis County, Texas (06/03 depo) Attorney - B. Keith Ingram

Civil Action No. SA02CA0476FB; Helen Saddler Individually and as Next Friend of Gabriel Saddler, a Minor vs. The United States of America; In the United States District Court, Western District of Texas, San Antonio Division (06/03 trial) Attorney - Kurt Bohn

Cause No. 2001-CI-17251; Freda Hoffman v. Richard Hagy; In the 45th Judicial District Court, Bexar County, Texas (06/03 depo, 07/03 trial) Attorney - Jerry Shiely

**Page 8**

Cause No. 2002-08-3129E; Jody Griswold, D.O., v. Ruben M. Lopez, M.D., et al; In the 357th Judicial District Court, Cameron County, Texas (07/03 depo) Attorney - William Garza

Cause No. 2002-08082; Jose Martinez vs. Transit Mix Concrete & Materials Company and Transmit Mix Concrete-Baytown, Inc.; In the 151st Judicial District Court, Harris County, Texas (07/03 depo) Attorney - John Davidson

Civil Action No. 1:01cv372; Gregory Wilkinson and wife, Cinnamon Wilkinson vs. Lowe's Home Centers, inc. d/b/a Lowe's Home Improvement Center; in the United States District Court, Eastern District of Texas, Beaumont Division (07/03 depo) Attorney - Paula Wyatt

Cause No. C-1151-02-H; Hilaria Olivarez v. Mission Hospital, et al; In the 389th Judicial District Court, Hidalgo County, Texas (08/03 depo) Attorney - John R. Lyde

Civil Action No. C-03-016; Mauro O. Garcia, et al. v. Alice Regional Hospital, et al.; In the United States District Court, Southern District of Texas, Corpus Christi Division (09/03 depo) Attorney - William R. Edwards

Case No. 3-02-1545-10; Alexander Lacey and Teresa Lacey vs. Fata Group S.p.A., Fata Aluminum, Inc., Fata Engineering, Inc., Fata Hunter, Inc, and Fata Automation, Inc.; In the United States District Court, District of South Carolina, Columbia Division (09/03 depo) Attorney - A. Jackson Barnes

Case No. 3:01-4758-10; Johnny Washington and Gwendolyn Washington vs. Fata Group S.p.A., Fata Aluminum, Inc., Fata Engineering, Inc., Fata Hunter, Inc, and Fata Automation, Inc. and John Doe; In the United States District Court, District of South Carolina, Columbia Division (09/03 depo) Attorney - A. Jackson Barnes

Cause No. 2002-13670; Tommy Aycock vs. First Metals, Inc.; In the 80th Judicial District Court, Harris County, Texas (10/03 depo) Attorney - Gary L. Pate

Cause No. C-03-078; Elida Y. Benavides vs. Mathis Housing Authority, et al; In the United States District Court, Southern District of Texas, Corpus Christi Division (11/03 depo) Attorney - Roland Leon

No. A-02-CA-496-JN; Chad Rylander v. USA; In the United States District Court, Western District of Texas, Austin Division (11/03 trial) Attorney - Daniel Castillo

**Page 9**

Cause No. 2002-48545; Norris James Bethancourt and Wife, Peggy Bethancourt vs. Wood Group Logging Services, Inc., Wood Group Logging Services Management, Inc., and Wood Group USA, Inc.; In the 113th Judicial District Court, Harris County, Texas (12/03 depo) Attorney - Brian White

Cause No. 2003-01-251-G; Ezequiel Castillo, Individually, Maria De Los Angeles Castillo, Individually, and as Next Friend for Ashley Castillo and Ezequiel Castillo, Jr. and Rosa Silvia Martinez, Individually vs. Ford Motor Company and Tipton Motors, Inc. - Brownsville, TX; In the 404th Judicial District Court, Cameron County, Texas (01/04 depo) Attorney - Ronald D. Wamsted

Cause No. GN 203595; Richard Clawson, et ux v. Michael Landess, et al (Covert Ford); In the 345th Judicial District Court, Travis County, Texas (01/04 depo) Attorney - Amy Horowitz

Cause C-2516-02-D; Armando Adame, et al. v. Pete Ledezma; In the 206th Judicial District Court, Hidalgo County, Texas (02/04 depo) Attorney - Maricela Campos

Cause No. GN-101,877; Veronica Macias, Individually and as Next Friend of Gregory Madden, a Minor vs. C.P. Allstarr Corporation, Archstone Communities Trust; ASN Multifamily Limited Partnership; Archstone Communities Incorporated; Monterey Ranch Residential and Commercial Property Owners Association; and Archstone Management Services, Inc.; In the 353rd Judicial District Court, Travis County, Texas (02/04 depo) Attorney - Amy Horowitz

Cause No. 157,273-C; Debra Gomez, et al v. Peter Tauriainen, M.D., et al; In the 89th Judicial District Court, Wichita Falls, Texas (02/04 depo) Attorney - Craig Myers

Cause No. 02-6242-E; Jesus Figueroa, Maria Figueroa and Jesus Figueroa, Jr. vs. Home Depot USA, Inc., The Lehigh Group, Crawford Products, a Division of The Lehigh Group, and Joe Cortez; In the 148th District Court, Nueces County, Texas (02/04 depo) Attorney - Steve Hastings