UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-078 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Admiralty/F.R.C.P. 9(h) |
| USA, INC. and NECHES-GULF | § | |
| SHIP SERVICES, INC. | § | |

## DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Jose Luis Aguirre**, Plaintiff in the above-entitled civil action and, pursuant to his attorney's letter dated January 22, 2004 addressed and personally delivered to Defendants' attorneys of record within the Court's deadline previously established and attached hereto as Exhibit A, files this his Designation of Experts, as follows:

I.

1.  Donald J. Green
    KDon Marine Consulting
    8876 Gulf Freeway, Suite 120
    Houston, Texas 77017
    713/944-0966

Mr. Green may testify regarding liability issues. Mr. Green's report, curriculum vitae and listing of cases were served on Defendants' attorneys on January 22, 2004.

2.  Dr. Donald L. Kramer
    Valley Comprehensive Pain Management Center
    1100 N. Expressway Suite 3
    Brownsville, Texas 78520
    956/504-3200

Dr. Kramer may testify regarding his examination, diagnosis and treatment of Plaintiff's injuries, including pain management services. Dr. Kramer's reports, records and curriculum vitae were served on Defendants' attorneys of record on January 22, 2004.

3. Dr. Christopher E. Olson
   Los Ebanos Orthopedic Center
   1134 Los Ebanos Blvd.
   Brownsville, Texas 78520
   956/544-6727

Dr. Olson may testify regarding his examination, diagnosis and evaluation of Plaintiff's injuries. Dr. Olson's reports, medical records, work restrictions and curriculum vitae were served on Defendants' attorneys of record on January 22, 2004.

4. Dr. Charlotte Romay
   Laguna Vista Wellness Chiropractic
   711 Santa Isabel Rd.
   Laguna Vista, Texas 78578
   956/943-1333

Dr. Romay may testify regarding her examination, diagnosis, evaluation and treatment of Plaintiff's injuries. Dr. Romay's reports, medical records and curriculum vitae were served on Defendants' attorneys of record on January 22, 2004.

II.

Plaintiff further designates all persons identified by Defendants Pioneer Natural Resources USA, Inc. or Neches-Gulf Ship Services, Inc. in their respective designations of experts or in any answers, pleadings or discovery responses in this case, as expert witnesses.

III.

Plaintiff further reserves the right to call any person designated as a person with knowledge of relevant facts by any party to this cause having or claiming to have special knowledge that would allow him/her to provide expert or opinion

testimony in accordance with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

### IV.

Plaintiff Jose Luis Aguirre reserves the right to supplement this designation with additional designation of expert witnesses within the time limits imposed by the Court or any amendments of the same or agreement of the parties.

### V.

Plaintiff Jose Luis Aguirre hereby designates as adverse expert witnesses any witnesses associated with or called to testify as experts by Defendants. Further, even if an adverse party shall re-designate or withdraw designation of an expert witness, Plaintiff reserves the right to designate and/or call any such expert witness(es) previously called or designated by any party to this cause.

**WHEREFORE,** Plaintiff, Jose Luis Aguirre, prays that this Court consider and accept his foregoing Designation of Experts as having satisfied the Court's scheduling order.

Respectfully submitted,
**The Law Office of**
**Jack G. Carinhas, Jr.**
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone:  956/542-9161
Telefax:    956/542-3651

BY: _/s/ Jack G. Carinhas, Jr._
    Jack G. Carinhas, Jr.
    USDC No. 1179
    S.B. #03795000

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served on Mr. Joseph Stallone, Bracewell & Patterson, L.L.P., 2000 One Shoreline Plaza-South Tower, 800 North Shoreline Blvd., Corpus Christi, Texas 78401-3700, and Mr. Frank L. McNiff, Jr., Welder, Leshin & Mahaffey, L.L.P., 800 North Shoreline Boulevard, Suite 300, North Tower, Corpus Christi, Texas 78401, by First Class letter, postage prepaid and properly addressed on this 1st day of March, 2004.

                                        Jack G. Carinhas, Jr.

LAW OFFICE OF
## JACK G. CARINHAS, JR.

302 KINGS HIGHWAY, SUITE 109  
BROWNSVILLE, TEXAS 78521

TEL: 956/542-9161  
FAX: 956/542-3651

January 22, 2004

***PERSONAL DELIVERY*** 
Mr. Joseph Stallone  
2000 One Shoreline Plaza-South Tower  
800 North Shoreline Blvd.  
Corpus Christi, Texas 78401-3700

**RE:** Civil Action No. B-03-078  
**Jose Luis Aguirre**  
**v. Pioneer Natural Resources**  
**USA, Inc. and Neches-Gulf Ship**  
**Services, Inc.**  
**USDC - Brownsville**

**PERSONAL DELIVERY**  
Mr. Frank L. McNiff, Jr.  
Welder, Leshin & Mahaffey, LLP  
800 North Shoreline Blvd.  
Suite 900 North Tower  
Corpus Christi, Texas 78401-3709

Dear Counsel:

In accordance with the Court's deadline, on behalf of Plaintiff, Jose Luis Aguirre enclosed find the following expert reports and records:

1) Report, resumé and listing of cases retained of Mr. D. J. Green, Marine Consultant, KDon Marine Consulting;

2) Resumé, reports and records of Dr. Donald L. Kramer, Valley Comprehensive Pain Management Center, which includes report of Dr. H. Pacheco-Serrant dated 8/15/01, MRI report dated 6/05/01 of Dr. Cesar J. Tumakay of Rio Grande Valley Imaging and discogram report dated 5/07/02 of Dr. Ziad Alamin of Dolly Vinsant Memorial Hospital;

3) Resumé, report dated April 4, 2003 and records of Dr. Christopher E. Olson, MD, PA, including work restriction evaluation dated 4/23/03;

4) Resumé, reports and records of Dr. Charlotte Romay, Chiropractor, Laguna Vista Wellness Chiropractic;

EXHIBIT "A"

Messrs. Stallone and McNiff
January 22, 2004
Page 2

      In the event that additional reports or records are received, same will be forwarded to you promptly.

Sincerely,

Jack G. Carinhas, Jr.

JGC/pr
Encls.

cc: Ms. Olivia Gutierrez
    Deputy District Clerk
    U. S. District Court