IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2004

Michael N. Milby
Clerk of Court

| JOSE LUIS AGUIRRE | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-078 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Admiralty/ F.R.C.P. 9(h) |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | | |

## JOINT UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

NOW COME Plaintiff, JOSE LUIS AGUIRRE (hereinafter "PLAINTIFF"), and PIONEER NATURAL RESOURCES USA, INC. and NECHES-GULF SHIP SERVICES, INC., Defendants herein (hereinafter "DEFENDANTS"), and together file this Joint Unopposed Motion to Dismiss with Prejudice, and as grounds therefore would respectfully show unto the Court the following:

I.

Plaintiff and Defendants have settled and compromised all claims and controversies existing between Plaintiff and Defendants in this cause. In consideration of such settlement and compromise, Plaintiff and Defendants have agreed to dismiss this cause of action with prejudice against the rights of the Plaintiff to hereafter reinstate the same against Defendants, with costs of court taxed against the parties incurring same.

II.

Defendant Pioneer Natural Resources USA, Inc. and Defendant Neches-Gulf Ship Services, Inc. also represent that they have agreed to waive, release, and dismiss all potential

Corpus Christi\666499.1

claims, cross actions, and/or causes of action between each other arising out of the facts and circumstances underlying the above-styled suit. This includes, but is not limited to, any and all claims for contribution and/or indemnity.

### III.

WHEREFORE, PREMISES CONSIDERED, Plaintiff JOSE LUIS AGUIRRE and Defendants PIONEER NATURAL RESOURCES USA, INC. and NECHES-GULF SHIP SERVICES, INC. request this Honorable Court grant this Joint Unopposed Motion to Dismiss, dismiss this civil action of Plaintiff against Defendants with prejudice, and with costs of court taxed against the party incurring same.

Respectfully submitted,

LAW OFFICES OF JACK G. CARINHAS, JR.

By: _____
Jack G. Carinhas, Jr.
State Bar No. 03795000
Federal ID No. 1179
302 Kings Highway, Suite 109
Brownsville, Texas 78521
(956) 542-9161 – Telephone
(956) 542-3651 – Telecopy

**ATTORNEYS FOR PLAINTIFF
JOSE LUIS AGUIRRE**

BRACEWELL & PATTERSON, L.L.P.

By: *[signature]*
Roberta J. Hegland
State Bar No. 09375000
Federal ID No. 6842
Joseph A. Stallone
State Bar No. 00797485
Federal ID No. 22343
800 North Shoreline Blvd.
Suite 2000, South Tower
Corpus Christi, Texas 78401
(361) 882-6644 – Telephone
(361) 903-7000 – Telecopy

**ATTORNEYS FOR DEFENDANT PIONEER NATURAL RESOURCES USA, INC.**

WELDER, LESHIN, & MAHAFFEY, LLP

By: *[signature]*
Frank L. McNiff, Jr.
State Bar No. 13839020
Federal ID No. 12595
800 North Shoreline Blvd.
Suite 300, North Tower
Corpus Christi, Texas 78401
(361) 561-8000 – Telephone
(361) 561-8001 – Telecopy

**ATTORNEYS FOR DEFENDANT NECHES-GULF SHIP SERVICES, INC.**