United States District Court
Southern District of Texas
ENTERED

APR 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS AGUIRRE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-078 |
| | § | |
| PIONEER NATURAL RESOURCES | § | Admiralty/ F.R.C.P. 9(h) |
| USA, INC. and NECHES-GULF SHIP | § | |
| SERVICES, INC. | | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be heard the Joint Unopposed Motion for Dismissal with Prejudice filed by Plaintiff JOSE LUIS AGUIRRE and Defendants PIONEER NATURAL RESOURCES USA, INC. and NECHES-GULF SHIP SERVICES, INC. in the above entitled and numbered case. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised, settled, released, and/or waived. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

**IT IS THEREFORE ORDERED** that the action of Plaintiff Jose Luis Aguirre against Defendants Pioneer Natural Resources USA, Inc. and Neches-Gulf Ship Services, Inc. be dismissed with prejudice to the refiling of the same.

**IT IS FURTHER ORDERED** that all potential claims, cross actions, and/or causes of action between Defendant Pioneer Natural Resources USA, Inc. and Defendant Neches-Gulf Ship Services, Inc. arising out of the facts and circumstances underlying the above-styled suit are hereby waived, released, and dismissed with prejudice to the filing of the same.

**IT IS FURTHER ORDERED** that each party pay its own costs incurred in connection with the prosecution and defense of said claims.

Corpus Christi\666499.1

SIGNED and ENTERED on this  19th  day of  April , 2004.

_____
UNITED STATES DISTRICT JUDGE


**APPROVED AS TO FORM:**

_____
Jack G. Carinhas, Jr.
State Bar No. 03795000
Federal ID No. 1179
LAW OFFICES OF JACK G. CARINHAS, JR.
302 Kings Highway, Suite 109
Brownsville, Texas  78521
(956) 542-9161 – Telephone
(956) 542-3651 – Telecopy
**ATTORNEYS FOR PLAINTIFF**
**JOSE LUIS AGUIRRE**


_____
Roberta J. Hegland
State Bar No. 09375000
Federal ID No. 6842
Joseph A. Stallone
State Bar No. 00797485
Federal ID No. 22343
BRACEWELL & PATTERSON, L.L.P.
800 North Shoreline Blvd.
Suite 2000, South Tower
Corpus Christi, Texas  78401
(361) 882-6644 – Telephone
(361) 903-7000 – Telecopy
**ATTORNEYS FOR DEFENDANT**
**PIONEER NATURAL RESOURCES USA, INC.**

Corpus Christi\666499.1

*Frank L. McNiff, Jr. by JAS*

Frank L. McNiff, Jr.
State Bar No. 13839020
Federal ID No. 12595
WELDER, LESHIN, & MAHAFFEY, LLP
800 North Shoreline Blvd.
Suite 300, North Tower
Corpus Christi, Texas 78401
(361) 561-8000 – Telephone
(361) 561-8001 – Telecopy
**ATTORNEYS FOR DEFENDANT
NECHES-GULF SHIP SERVICES, INC.**

Corpus Christi\666499.1